**EXHIBIT A**



304 Acker Street, Suite #104 • Sanger, Texas 76266
www.integrityFAE.com

July 28th, 2017

Cozen O'Connor
Attn: Jake Skaggs
1221 McKinney, Suite 2900
Houston, Texas 77010

|  |  |
|---|---|
| **Insured:** | **Benoit, Claude** |
| **Date of Loss:** | **June 24th, 2015** |
| **IntegrityFAE #:** | **11518.BEN.04** |
| **Claim #:** | **23214942 L/R #002** |

Dear Mr. Skaggs,

Per your request, we assisted Mr. Christian Mulkey with his investigation of the fire loss that occurred on June 24h, 2015 at 10592 Creek Haven Lane in Denham Springs, Louisiana.  We include herein a report of our findings and opinions regarding this matter.

## Background information

The fire occurred at the Benoit home on June 24th, 2017. According to witnesses and the fire report, it was after approximately 6:20pm. Nobody was at home at the time of the fire. A neighbor (15-year-old, Austin Alleman) was coming up the street when he was told lightning hit the Benoit home. At first, he thought it was his house, but then realized it was the Benoit's next door. As he got closer, he saw smoke coming from the back peak of the house. He entered the front part of the house, where he said there was no fire, only smoke. He moved some tables over to his driveway (to the east), but as he returned to the house, the smoke was too thick inside to re-enter.

Mr. Christian Mulkey, fire investigator with M.A. Stringer and Associates, was assigned the origin and cause responsibilities for this investigation. Mr. Mulkey determined the fire originated in the attic area near the living room fireplace at the southeast corner of the home. Mr. Mulkey will expand on his investigation in a separate report. Please consult his report for more specifics regarding his findings.

## Summary of Opinions:

Within a reasonable degree of engineering and scientific certainty, this firm has reached the following opinions. These opinions are based on the data collected, the data analyzed, and our testing of hypotheses as described in NFPA 921.

- The arc hole, identified as "3A", in the TracPipe® CSST natural gas line to the living room fireplace occurred when lightning struck the Benoit home on the evening of June 24th, 2015.

- The fire in the Benoit home was caused when this arc hole (3A) in the TracPipe® CSST gas piping was created. Natural gas within this gas piping escaped and was ignited during the arc event. This resulted in a fuel-gas-fed fire.

- The TracPipe® CSST used to distribute natural gas throughout the Benoit home failed to contain the fuel gas as a result of the arc hole created by the lightning strike.

- The amount of charge that created arc hole (3A) in the TracPipe® CSST line would not have been sufficient to cause a failure of rigid black iron gas pipe.

- The gas piping system was bonded to the home's grounding electrode system in accordance with the 2005 National Electrical Code and the 2006 National Fuel Gas Code.

- The "bonding" as described in Item #2 and depicted in Figure 4-21 of Section 4.10 "Electrical Bonding/Grounding" in the OmegaFlex Design and Installation Instructions was not a requirement of the 2005 National Electrical Code.

- The National Electrical Code is not intended to serve as a standard for lightning protection. The National Electrical Code is intended to protect persons and property from hazards arising from the use of electricity.

- In testing CSST gas piping, bonded in the manner depicted and described in Section 4.10 and Figure 4-21 of the OmegaFlex Design and Installation Instructions, we subjected the CSST to electrical impulse currents at voltages below that of a typical lightning strike. We found an arc can still occur between the CSST gas piping and another grounded/bonded conductive component. The described arc event can result in a perforation from which the natural gas can escape from the gas piping. The characteristics of the hole created in our testing are consistent with the hole "3A" observed in this matter as well as those in the many other CSST-related fire losses this firm has investigated.

**Site Visits:**
- Mark Hergenrether inspected the loss location on July 20th, 2015.
- Kelly Colwell inspected the loss location on July 26th, 2015.

**Laboratory Examination:**
- Kelly Colwell and Mark Hergenrether attended a multi-party lab examination at Goodson Engineering in Denton, Texas, on July 14th, 2017.

**Materials Reviewed & Information Relied Upon:**
- NFPA 921: *2014 Guide for Fire and Explosion Investigations*
- ASTM E860 Standard Practice for Examining and Preparing Items that are or May Become Involved in Criminal or Civil Litigation
- ASTM E2713 Standard Guide for Forensic Engineering
- ASTM E1188 Standard Practice for Collection and Preservation of Information and Physical Items by a Technical Investigator
- NFPA 70: *2005 National Electrical Code*
- NFPA 54: 2006 *National Fuel Gas Code*
- IFGC: 2006 *International Fuel Gas Code*
- OmegaFlex: *Flexible Gas Piping Design Guide and Installation Instructions* (March and December 2007)
- Vaisala STRIKEnet Report #23214942
- Scene Examination Notes & Photographs (Integrity Forensics & Engineering)
- Lab Examination Notes & Photographs (Integrity Forensics & Engineering)
- Lab Examination X-Rays and Microscope Images provided during July 2017 Lab Examination at Goodson Engineering in Denton, Texas
- Testing of Bonded CSST Gas Piping by J. Spruiell, K. Colwell, M. Hergenrether, and D. Geer (Integrity Forensics & Engineering)
- Fire Analysis Report by Mr. Christian Mulkey, M.A. Stringer and Associates dated July 15th, 2017.
- Metallurgical analysis by Ms. Elizabeth Buc, PhD, PE with Fire and Materials Research Lab, LLC
- Lightning Induced CSST Fires (Goodson & Hergenrether)
- Investigating the Causal Link Between Lightning Strikes, CSST and Fire (Goodson & Hergenrether)
- Electrical Characterization of Corrugated Stainless-Steel Tubing Components and Systems (Goodson & Icove)
- Lightning-Caused CSST Hole Formation with Concurrent Ignition of Escaping Fuel Gas: Validation of Field Observations by Laboratory Testing (Spruiell, Hergenrether, and Colwell)
- Lightning Technologies Test Report of Lightning Direct Effects High Current Arc Entry Tests on CSST Samples and Lightning Detection/Gas

Flow Meter Detector (Report# LT-13-3800, Issue Date: November 22, 2013)
- Lightning Technologies Test Report: High Current Arc Entry Testing on CSST Gas Tubing Samples Using LC1027 & LC1024 Methods (Report# LT-13-3691, Issue Date: April 22, 2013)
- Livingston Parish Fire Report (Incident #15-0001248)
- Photos and video provided by Mr. Kirk Jones
- www.realtor.com photographs
- US Patent for Conductive Jacket Tubing – Rivest/OmegaFlex, Inc. (Patent No. 7,044,167 B2) May 16, 2006
- US Patent for Fire Retardant jacket for Tubing – Rivest/OmegaFlex, Inc. (Patent No. 7,367,364 B2) May 6, 2008
- Comments made by Dr. James Dickens (video)– Lubbock City Council Meeting – April 28th, 2016 (lubbocktx.swagit.com/play/04282016-751)
- Comments made by OmegaFlex and Dr. James Dickens (video)–Lubbock City Council Meeting – May 12th, 2016 (lubbocktx.swagit.com/play/05122016-725)
- Transcript of Comments made by Dr. James Dickens – Lubbock City Council Meeting – May 12th, 2016

**Methodology:**
During this investigation, this firm followed a systematic approach as described in NFPA 921 (Guide for Fire and Explosion Investigations). The scientific method as described by NFPA 921 was applied to every aspect of our work on this investigation. The following steps of the scientific method were followed:

1) Recognize the need
2) Define the problem
3) Collect the data
4) Analyze the data
5) Develop a hypothesis
6) Test the hypothesis
7) Select final hypothesis

The opinions provided in this report are based on the data collected, the data analyzed, and the developing and testing of hypotheses using inductive and deductive reasoning, and physical testing.

**Bases of Opinions:**
The Benoit home was a single-story, wood framed structure with stucco and brick exterior veneer. The home was constructed on slab foundation with garage separate from main house, but connected via a breezeway. For the purposes of this report, the Benoit home faces north.

Mr. Christian Mulkey, origin and cause investigator with M.A. Stringer and Associates, determined that the fire originated in the southeast attic area over the living room and very near the living room's natural gas-fired fireplace.

STRIKEnet Report #23214942 indicated there were multiple strikes nearby on the evening of the fire with the closest strikes being 0.2 miles from the home at 18:14:38 and 18:21:52. The Benoit home falls within multiple ellipses on the Confidence of Ellipses page of the report.

Livingston Parish Fire Report (Incident #15-0001248) indicates an alarm time of 18:24:00, with an arrival time of 18:43:00. The last unit cleared at 21:45:00.

We were provided a video and photographs taken by Mr. Kirk Jones. Mr. Jones lived a few houses away from the Benoit. The video shows the Benoit home being struck by lightning on the chimney for the living room fireplace. The photographs provide a view of the fire's progression as the fire department was arriving on the scene. (Photos included in Attachment A1 of this report.)

We examined the exterior of the home for any evidence of lightning attachment. The only location with evidence of attachment was found to be on the chimney cap for the living room fireplace. No other evidence of attachment was observed.

Electrical service entered the Benoit home near the southwest exterior of the main house. 120/240 VAC service was supplied underground to a 200-amp meter base. Mounted on the same exterior wall, just to the south of the meter base, was the main electrical panel with 2/0 AWG copper feeders. Inside the home was a 100-amp subpanel located in the utility room. The grounding electrode system consisted of a 6 AWG, solid copper conductor routed to an earth driven ground rod. The ground resistance was measured to be 4.5 ohms using an AEMC clamp-on ground resistance meter. There was no evidence of overcurrent or heating within either of the circuit breaker panels.

Natural gas service was provided underground to a riser attached to a regulator and meter assembly on the northeast side of the house. The meter and regulator had been removed by others prior to inspection of the home. From the meter, rigid 1" black iron gas piping was routed up the exterior wall into the attic where it elbowed south to a manifold located over the bedroom nearest the living room. From this manifold, natural gas was provided to the following appliances throughout the home via ½" TracPipe CSST:

1. Kitchen Range
2. Back Patio Stub-Out (no appliance connected)
3. Living Room Fireplace

The gas piping system was bonded with 12 AWG equipment grounding conductor at the kitchen range. Bonding at this location meets the requirements

of the National Electrical Code (2005), National Fuel Gas Code (2006), and International Fuel Gas Code (2006).

The integrity of the brass fittings for the TracPipe® CSST lines on the manifold was compromised as a result of the fire damage in the attic.  The brass fitting on the TracPipe® CSST line for the fireplace line had melted to the extent that the line had separated from the fitting.

During the multi-party scene inspection, the melted fittings at the residence were plugged and sealed with plumber's putty and tape. The gas piping system, independent of the TracPipe® CSST line to the fireplace, was subjected to a leak test using regulated gas at 12 inches water column (W.C.). The system would not hold pressure. The leak was traced down to the range in the kitchen.  One of the burner knobs on the range was found partially open. The fire damage in the area of the kitchen was neither consistent with a fuel gas leak from the range nor was there evidence to support an ignition of a diffuse fuel from the range. The range was isolated and the gas piping was retested. There were no leaks on this part of the gas piping system.

The TracPipe® CSST line to the fireplace was separately leak tested and a hole was found, identified as 3A, in the line above the living room. The appearance of the hole was consistent with electrically induced arc damage. The line was preserved for further lab examination.

During the multi-party scene inspection, the living room area was excavated and loose electrical items were bagged for collection as evidence. These included loose sections of broken/melted electrical wiring, numerous recessed light fixtures, and junction boxes. We also collected the electrical devices still located in the interior walls of the living room.

The receptacle behind the television was the energized circuit nearest arc hole 3A in the TracPipe® gas line to the living room fireplace. We marked the wiring in the approximate area where the cable would have crossed the CSST. There was no evidence of arcing or failure in the area where it would have crossed the CSST. We examined the electrical devices (receptacles and surge protector) for any evidence of lightning related current. There was no arcing or heating on this circuit in the devices examined. There was no evidence of arcing or heating from lightning related current on these devices or conductors.

The electrical device closest to hole 3A in the ½" TracPipe® CSST line to the living room fire place was a 6" recessed light fixture located in the southeast corner. (A real estate photograph was found online showing the fireplace pre-fire. (Photograph included in Attachment A1 of this report.) There was no evidence of a failure in this recessed light fixture. However, the mounting bracket and housing were too badly damaged to find any evidence that the lighting current arced off the CSST to this fixture.

During a lab examination of the evidence collected from the scene inspection, we examined the ½" TracPipe service pipe more closely. Elizabeth Buc, PhD, PE assisted with metallurgical expertise in this matter. Dr. Buc confirmed that the perforation identified as "3A" was consistent with an arc hole.

Section 4.10 – Electrical Bonding/Grounding (Item #4) of the OmegaFlex: *Flexible Gas Piping Design Guide and Installation Instructions* (March 2007) states the following:

> For bonding of the TracPipe® system, a bonding clamp must be attached to the brass AutoFlare® fitting adapter (adjacent to the pipe thread area – see Figure 4-21) or to a black pipe component (pipe or fitting) located in the same electrically continuous gas piping system as the AutoFlare fitting. The corrugated stainless steel portion of the gas piping system SHALL NOT be used as the bonding attachment point under any circumstances. Bonding electrode conductor sizing shall be in accordance with Article 250 (Table 250-66) of ANSI/NFPA 70. The bonding is a requirement of the National Electrical Code.



*Figure 4-21*

The last sentence in this section of the installation instructions states that the "bonding is a requirement of the National Electrical Code." This sentence is incorrect. Per the 2005 National Electrical Code, the bonding requirement for gas piping is satisfied when an equipment ground conductor is connected to a gas-fired appliance. This is typically done without a "heavy gauge bonding wire" and a "bonding clamp." Furthermore, the instructions state that the conductor is to be sized according to Table 250-66. This table is for Grounding Electrode Conductor sizing.

In the Integrity laboratory, we have performed low-level, lightning-simulation testing on the involved type of CSST, sometimes called "yellow jacket" due to its yellow-colored, plastic, dielectric jacket.  During this testing, we determined that

the approximate 1.30 coulombs of charge transfer we applied to our CSST samples usually created a hole in the CSST.  This hole formation occurred over a range of discharge rates, over a range of discharge gaps, and with both jacketed and unjacketed CSST.  We found that almost always, the arc which created the hole caused ignition of the gas escaping from the hole.  Sometimes, however, the burning gas jet blew out and extinguished unless an object was in the path of the jet.  In our testing, the electrode from which the arc was emitted – said electrode positioned either 1/8-inch or 3/4-inch from the CSST – often was in the path of the gas jet.  When the gas jet impinged upon the electrode, the jet "stagnated," slowing significantly, leading to a stable, standing flame.

As has been noted, the testing above was performed at nominally 1.30 coulombs. In other testing, yellow jacket CSST has demonstrated hole development from arcs with less than 0.20 coulombs arc transfer. The 50th percentile, single flash of lightning transfers about 15 coulombs of charge.  We estimate that an arc transferring 7 to 10 coulombs of charge created the hole found in the Benoit CSST.  Black iron pipe has demonstrated resistance to hole formation from discharges greater than 288 coulombs.  We believe it is evident that in the case of the Benoit residence, black iron pipe would have been a safer alternative design to yellow jacket CSST.

We have conducted numerous experiments (tests) on CSST gas piping, and specifically OmegaFlex TracPipe, which was bonded as depicted in the image above (Figure 4-21). 200uF capacitors were charged to 17,000 volts and discharged onto the CSST gas pipe in contact with a grounded conductor, consistent with residential wiring and terminated at the same ground bus as the "heavy gauge bonding wire." Both the outer sheathing of the CSST and the type NM cable were pin-pricked prior to discharge. We found that not only would arcing occur between the bonded CSST and the "crossing over" equipment ground conductor, but the arc event was also capable of producing perforations in the gas piping. These perforations occurred at numerous distances along the length of gas piping, with the nearest being as close as ten feet from the bonding clamp connection. The characteristics of the holes created in our testing are consistent with hole 3A in this matter, as well as holes in the many other CSST-related fire losses this firm has investigated.

We have reviewed United States Patent for 'Conductive Jacket for Tubing' (Patent No.: 7,044,167) Dated May 16, 2006. The Assignee for this patent is OmegaFlex, Inc. The last paragraph of the patent states:

> Another drawback to existing tubing is that the
> tubing is often contained within a jacket. Typically,
> the jacket is made from an insulative material.
> In the event that the piping is introduced to an
> electrical charge (e.g., from direct or indirect lightning),
> charge accumulates on the jacket and can burn

through the jacket to the tubing resulting in a breach
of the tubing.

The quoted patent language above supports what this firm has observed in well
over 200 cases where there has been a lightning strike: a perforation in the gas
piping and a fire resulting from ignition of the escaping fuel-gas.

This patent is the first of two patents for OmegaFlex's TracPipe CounterStrike®
product. The second was issued May 6, 2008 where a Fire-Retardant Jacket was
Introduced. OmegaFlex sold both yellow jacketed TracPipe® and their
conductive jacketed TracPipe CounterStrike® products at the same time.

## Qualifications
*Kelly Colwell, Consultant*
I, Kelly Colwell, am a licensed Master Electrician in the State of Texas. In 2001, I
began working for Goodson Engineering as a technical consultant. While working
at Goodson Engineering, I provided technical assistance in numerous fire scenes
and electrical failures. I also performed many home inspections after suspected
lightning strikes, power surges, and various construction defects. In January
2010, I joined Integrity Forensics and Engineering as a technical consultant,
continuing to perform work like I did during my time at Goodson Engineering.
Since 2001, I would estimate that I have been involved with well over 1200 cases
involving a fire or electrical failure/problem.

During my work as a technical consultant, I have been directly involved with
numerous tests including failure scenarios and live burn tests. Integrity Forensics
and Engineering continuously conducts testing to continue our education,
knowledge base, and training.

Since 2006, I have investigated over 200 fires specifically involving the failure of
CSST gas piping and its role in fire causation when exposed to lightning and
lightning-induced energy. I have provided opinions regarding Corrugated
Stainless-Steel Tubing (CSST) gas piping installation, grounding and bonding of
the gas piping, analysis of the grounding electrode system, construction analysis,
and evaluation of the entire electrical system regarding its involvement in
causation of fire losses.

At Integrity Forensics and Engineering, we have conducted numerous tests with
CSST. We have tested the effects of lightning-induced energy on CSST, as well
as the effects of household electricity on CSST gas piping. In 2014, we published
an article and presented at the ISFI conference explaining the probability that the
escaping fuel gas is ignited by the arc event which creates the hole.

In addition to my work as an technical consultant, I have co-authored several
peer-reviewed articles, taught classes at fire investigation annual seminars on
corrugated stainless steel tubing, how to better understand electrical installations,

and arc mapping, with emphasis on identifying the difference between arcing and melting due to fire. I also own and manage an electrical contracting company that performs electrical installations in the North Texas area.

Integrity Forensics and Engineering is being compensated for my time at a rate of $235 per hour plus expenses. My attached CV (Appendix A2) further outlines my qualifications.

*Johnie P. Spruiell, Consultant*
I, Johnie P. Spruiell, am a licensed professional engineer in Texas, Mississippi, Alabama, and Colorado. My college degree is Bachelor of Science in Mechanical Engineering, though my area of practice and expertise also includes many aspects of electrical engineering. My forensic engineering practice began at Haag Engineering Co., at which company I was employed for more than 30 years before coming to Integrity Forensics and Engineering 5 years ago.

While at Integrity, I have designed and employed testing equipment of many various kinds, a type of work I also performed at Haag for many years. I have devised and built equipment to simulate low-level lightning strikes on CSST, and I have also had design input into 120VAC testing of CSST and related test-work. My work also has included interpretation and analysis of test results, as well as reporting upon same.

Integrity Forensics and Engineering is being compensated for my time at a rate of $300 per hour plus expenses. My attached CV (Appendix A3) further outlines my qualifications.

*Mark C. Hergenrether, Professional Engineer*
I hold a BSME and MSME received from Oklahoma State University in 2002 and 2004 respectively. I have been investigating failures in electrical and mechanical systems for over 10 years including numerous cases involving fires and explosions where an electrical or mechanical failure was suspected as the cause. I have worked as a professional engineer for over 10 years, and I am licensed to practice in 7 states. In 2010, I joined Integrity Forensics and Engineering as a consulting engineer.

In addition to my education and investigation experience I have published numerous articles relating to fire causation and investigation. Topics of these documents include failures of electrical and mechanical systems, failure of CSST due to lightning, and ignition of gas escaping from CSST after hole formation from lightning. My attached CV and list of case appearances further outlines my qualifications and the specifics of my research articles.

Integrity Forensics and Engineering is being compensated for my time at a rate of $275 per hour plus expenses.

The opinions contained within this report were based on the information available at the time of writing this report. If new information becomes available, we reserve the right to review the new information and revise our opinions accordingly.

We appreciate the opportunity to be of service.   If there are any questions, please do not hesitate to contact us.

Respectfully Submitted,
**Integrity Forensics and Engineering, LLC**

Kelly Colwell
Technical Consultant

Johnie P. Spruiell
Technical Consultant

Mark Hergenrether
Professional Engineer

# **Attachments**

**A1: Select Photographs with Notations for Clarification**

**A2: Curriculum Vitae and Appearances List of Kelly Colwell**

**A3: Curriculum Vitae and Appearances List of Johnie P. Spruiell**

**A4: Curriculum Vitae and Appearances List of Mark C. Hergenrether**

**A5: IntegrityFAE Scene Photos (separate DVD)**

**A6: Lab Exam Photos and Data (separate DVD)**

**A7: Photographs and Videos of Testing Performed on Bonded CSST (separate DVD)**

**Attachment A1:**
**Select Photographs with Notations for Clarification**



Mr. Kirk Jones's photograph of fire from his backyard



Mr. Kirk Jones's photographs taken as fire department is arriving. Red arrow points to the approximate location of the hole in the TracPipe® CSST gas piping.



Aerial view of the Benoit home after the fire



Front view of the home.



Northeast corner of the home. Red arrow points to gas service. Red lightning
bold indicates where we found evidence of lightning attachment.



Southwest corner of the home. Red arrow points to electrical service.



South side of the home. Red lightning bolt indicates where we found evidence of
lightning attachment.



View of the living room fireplace with the TracPipe® CSST gas line passing through the photograph. The red circle identifies where the hole in the CSST was observed.



Realtor.com photograph of living room with fireplace. Notice the recessed light at the arrow. This was in the same approximate location as the hole in the CSST gas line.



View from east side of the home with the TracPipe CSST being held up at ceiling level. Red arrow points to the location of the hole.



Closer view of the previous photo. Red arrow points to hole in CSST



Evidence of lighting attachment to the living room fireplace chimney cap



Evidence of arcing between living room fireplace and the attached gas line.

Benoit matter                    Claim # 23214942 L/R #002                    Page 21 of 45



View of arc hole in TracPipe CSST gas line to the living room fireplace.



Closer view of the hole in the CSST gas line



Another view of hole in CSST gas line with scale rotated



OmegaFlex's TracPipe® logo on the ½" gas line with a hole in jacket



Date code of TracPipe gas line to living room fireplace. 0718 = 18th week of 2007



Gas piping manifold over middle bedroom.

Benoit matter                Claim # 23214942 L/R #002                Page 24 of 45



Main electrical panel



Subpanel in utility room

Benoit matter                    Claim # 23214942 L/R #002                    Page 25 of 45



6 awg to ground rod



Ground resistance reading at rod below all other connections for accuracy



Nearest electrical circuit to the involved CSST gas line. We were attempting to figure what part of the nearest branch circuit would reach the hole.



Another view of the location of the hole in the CSST with the nearest branch circuit



View of receptacle for television that was connected to the branch circuit in the previous photo. No evidence of lightning damage.



Internal view of the powerstrip plugged into the receptacle in previous photo. No evidence of lighting damage.



View of the verification that the kitchen range was grounded. This meets the requirements of the National Electrical Code and the National Fuel Gas Code.



Example of Grounding Test Set Up



Bonding location of TracPipe CSST as compared to D&I Guide Figure 4-21



One example of test set up where equipment ground conductor is routed over
TracPipe CSST gas piping



Perforation of the TracPipe CSST gas piping after impulse current applied to gas
piping (note the appearance of melted material with rolled edges consistent with
a lightning-induced arc hole.)

**Attachment A2:**
**Curriculum Vitae and Appearances List**
**for Kelly Colwell**



304 Acker Street, Suite #104 • Sanger, Texas 76266
www.integrityFAE.com

Charles (Kelly) Colwell
Master Electrician
kelly@IntegrityFAE.com

**LICENSURE / CERTIFICATIONS:**
- Master Electrician, State of Texas, TDLR #30885, September 2004
- Electrical Contractor, State of Texas, TECL #23782, July 2006
- Master Electrician, SBCCI, June 2002
- Level 1 Infrared Thermographer, Academy of Infrared Thermography, September 2001
- Journeyman Electrician, Southern Building Code Congress International, August 1999
- Certified All-Level Teacher, State of Texas, August 1996
- Lightning Protection Basics-LSA101, October 2009
- Qualified Gastite Installer, Gastite, Certification #08G443268, February 2009

**EDUCATION:**
- Bachelor of Science Kinesiology, *University of North Texas*, August 1996
- National Electric Code, *Northlake Junior College*, July 2000
- Infrared Thermography - Level 1, *Academy of Infrared Thermography*, September 2001
- Fire and Arson Investigation, *Collin County Community College*, September 2001
- Electromechanical Systems, *North Central Texas College*, May 2002

**AFFILIATIONS:**
MEMBER, International Association of Electrical Inspectors (IAEI)
MEMBER, International Association of Arson Investigators (IAAI)

**EXPERIENCE:**
**Integrity Forensics & Engineering,** Sanger, TX - 2010 – Present
*Master Electrician*

**Custom Electric,** Lindsay, TX – 2001 – Present
*Owner/Master Electrician*

**Goodson Engineering,** Denton, TX - 2001 – 2010
*Master Electrician*
Provided expert analysis and testimony for cases involving electrical failures and electrical deaths

**Callisburg ISD,** Callisburg, TX – 2000-2001
*Physical Education Teacher*
Instructed elementary students in all aspects of sport, fitness and wellness

**Bill Black Electric,** Myra, TX – 1998-2001
*Journeyman Electrician*
Electrical installations & management of electricians in commercial applications

**MHI Partnership, Plantation Homes,** Houston, TX – 1998
*Construction Manager*
Managed all aspects of residential construction

**Keller ISD,** Keller, TX – 1996-1998
*Physical Education Teacher*
Instructed elementary students in all aspects of sport, fitness and wellness

1

 **ntegrity**
Forensics & Engineering

304 Acker Street, Suite #104 • Sanger, Texas 76266
www.integrityFAE.com

Charles (Kelly) Colwell
Master Electrician
kelly@IntegrityFAE.com

**Bill Black Electric**, Myra, TX – 1993-1996
*Electricians Helper / Apprentice*
Assisted electricians in residential and commercial applications

**PUBLICATIONS:**
- "Rope Light Fires"
  *Fire and Arson Investigator*, October 2008
- "Hidden Dangers of Halogen Light Fixtures"
  *Fire and Arson Investigator*, January 2004
- "Effects of Polyurethane Foam Systems on Wiring Ampacity"
  *Fire and Arson Investigator*, July 2002
- "Fires Caused by Fractured Resistance Heating Elements"
  *Fire and Arson Investigator*, October 2002

**PRESENTATIONS:**
- Arc Mapping - Residential Electrical
  *East Texas Arson Investigators Conference*, Fall 2012
- Analyzing Residential Electrical Systems
  *East Texas Arson Conference*, November 2012
  *Texas Arson Conference, Texas Chapter IAAI*, 2011
  *Central Texas Fire & Arson Investigators Association*, 2008
- Arc Mapping Presentation
  *West Texas Fire Arson Investigators Association*, 2002

**CONTINUOUS EDUCATION:**
- NFPA 70E: Electrical Safety, *AVO Training Institute, Inc.*, December 2012
- NESC – What Every Utility Worker Needs To Know, *Marne and Associates*, October 2011
- Fundamentals of Power Distribution, *Cooper Power Systems*, August 2009
- Understanding Ground Resistance Testing, *AEMC*, June 2009
- 2008 NEC Changes and Overcurrent Protection, *Independent Electrical Contractors*, May 2009
- One & Two-Family Dwelling Electrical Systems, *IAEI*, April 2008
- Article 680: Swimming Pools and Similar Installations, *IAEI*, 2006
- Power Generation Equipment, *Cummins*, September 2005
- Grounding and Bonding, *IAEI*, 2005
- Investigation of Gas & Electric Appliance Fires, *Fire Findings Laboratories*, November 2004
- Electrical Installations in Hazardous Locations, *NFPA*, 2003
- Neon Lighting, *IAEI*, 2003

2



304 Acker Street, Suite #104 • Sanger, Texas 76266
www.integrityFAE.com

## Charles (Kelly) Colwell
Master Electrician
kelly@integrityFAE.com

### APPEARANCES (PRECEDING 4 YEARS)

| | |
|---|---|
| 2012 (P) | Cox v. English Heritage Homes, and Allen Electric<br>Dallas County, TX, Cause No. DC-10-06504 *(Deposition)* |
| 2013 (P) | Omkar Investments, LLC v. Achary Electrical Contractors, LLC<br>Parish of Orleans, LA, Suit No. 11-6388 Division C-10 *(Deposition)* |
| 2013 (P) | Michael Bill, Individually and on behalf of his deceased daughter, Tamika Patterson v.<br>Tritex Real Estate Advisors II, d/b/a Monticello Apartments<br>Harris County, TX, Cause No. 2012-10337 *(Deposition)* |
| 2014 (P) | Michael and Brenda Bless v. Clements Electric Texas, LLC<br>Collin County, TX, Cause No. 401-01131-2012 *(Deposition)* |
| 2014 (P) | Ken Teel, Individually and as a Representative of the Estate of Brennen Chase Teel,<br>Becky Teel, Ross Rushing, Meg Rushing and State Farm as a Subrogee of Ross and Meg<br>Rushing v. Titeflex Corporation, Gastite Division, Smiths Group, PLC, Turner & Witt<br>Plumbing, Inc., Texas Electric Company, MSC Holdings, Inc., formerly doing business as<br>Morrison Supply Company - Lubbock, Inc.<br>Lubbock County, TX, Cause No. 2012-504105 *(Deposition)* |
| 2014 (P) | State Farm Lloyds as Subrogee of Dorothy Chatman v. Cohen Electric Service, Inc.<br>Dallas County, TX Cause No. DC-13-13570 *(Deposition)* |
| 2015 (D) | Keys v. State Farm Lloyds<br>US/Western District of Texas Cause No. CV-00643 *(Deposition)* |
| 2015 (P) | Chappell Hill and Stacey Hill v. Omega Flex, Inc., Thompson Supply co., Inc., A&B<br>Construction, LLC and Allen/Dennis Electric, LLC<br>Montgomery County, AL Case No. 03-CV-2014-901534.00 *(Deposition)* |
| 2015 (P) | Texas Farmers Insurance Company, as Subrogee of Fatai Obasuyi v. Castle Plumbing<br>and Timoteo Silva Contractors, Inc.<br>Dallas County, Tx Cause No. DC-13-13401 *(Deposition)* |
| 2015 (P) | Allen v. Overhead Door, Lopez Masonry, Swift Custom Homes, and Brothers Framing<br>Tarrant County, Tx Cause No. 153-267639-13 |
| 2016 (P) | Phillips v. MGM Building Services and Garland Insulation<br>Dallas County, Tx Cause No. 14-05832 |

Benoit matter                 Claim # 23214942 L/R #002              Page 35 of 45

**Attachment A3:
Curriculum Vitae and Appearances List
for Johnie P. Spruiell**

 304 Acker Street, Suite #104 • Sanger, Texas 76266
www.integrityFAE.com

**Johnie P. Spruiell, P.E.**
Professional Engineer
johnie@IntegrityFAE.com
Cell: 682.557.4107

**LICENSURE:**
- Texas Professional Engineer License #57023
- Colorado Professional Engineer License #24555
- Alabama Professional Engineer License #35693
- Mississippi Professional Engineer License #17888

**EDUCATION:**
- BSME, *University of Texas at Arlington*, 1978

**AFFILIATIONS:**
- MEMBER, American Society of Mechanical Engineers (ASME)
- MEMBER, National Council of Examiners for Engineering and Surveying (NCEES)
- MEMBER, National Society of Professional Engineers (NSPE)
- MEMBER, Texas Society of Professional Engineers (TSPE)
- Pi Tau Sigma
- Tau Beta Pi

**PRIMARY AREAS OF INVESTIGATION:**
- Fire & Explosion/Determination of Cause
  Residential, Commercial, Industrial
  Fuel Gas Fires & Explosions
  Gas-fired Equipment & Household Appliances
  Vehicular Fires
- Determination of Cause of Carbon Monoxide Poisoning Incidents
- Evaluation of Problems Relating to Mechanical & Electrical Equipment & Systems
  Cause of Equipment & System Failures
  Analysis & Evaluation of Machine & System Design
  Plumbing Component & Piping Failures
  Laboratory Testing of Products, Including Design & Fabrication of Equipment
    to Perform Specialized Testing
  Post-accident Inspection of Vehicles & Accident Sites
- Cause of Accidents Involving Mechanical & Electrical Equipment
- Products & Machinery: Safety & Guarding Compliance with Standards
- Mechanical/Electrical Failures of Cranes, Man Lifts, Scissor Lifts

**EXPERIENCE:**
**Integrity Forensics & Engineering,** Sanger, TX – January 2012 - Present
  *Professional Engineer*
    General forensic damage and failure analysis

**Haag Engineering Co.,** Irving, TX – August 1981 - January 2012
  *Professional Engineer*
    General forensic damage and failure analysis

**LTV Aerospace, Missiles and Space Division,** Dallas, TX – January 1979 - August 1981
  *Laboratory Engineer (pre-licensure)*
    Materials development and improvement for the Space Shuttle Program

**LTV Aerospace, Missiles and Space Division,** Dallas, TX – June 1973 - December 1978
  *Co-operative Educational Student – LTV and University of Texas at Arlington*
    Seven different assignments/semesters, including laboratory, testing, and design work

## JOHNIE P. SPRUIELL, P.E.
### EXPERT WITNESS - COURT & DEPOSITION TESTIMONY

*MARIELA PENA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FABIAN PENA, DECEASED MINOR, Plaintiff, vs. JOSE MANUEL BALDERAS RAMIREZ, Intervenor, vs. SOLANA RIDGE APARTMENTS, SOLANA, LLC, MIGNEAULT PROPERTIES, LP AND ATMOS ENERGY CORPORATION, Defendants.*

     In the District Court of Dallas County, Texas, 14th Judicial District
     CAUSE NO. DC-16-10398
     Date of Deposition: 6 July 2017
     Purpose of Work: to determine the cause of an apartment fire
     IFAE File No: 12033.TSC.06

*STATE FARM FIRE AND CASUALTY AS SUBROGEE OF MICHAEL AND HOLLY CROCKETT, Plaintiffs ,vs. OMEGA FLEX, INC., Defendants.*
     In the United States District Court, Eastern District of Arkansas, Little Rock
     Division
     CASE NO. 4:16-CV-00387 JLH
     Date of Deposition: April 28, 2017
     Purpose of Work: to determine the cause of a residential fire.
     IFAE File No. 11440.CRO.04

*CHAPPELL HILL and STACEY HILL, Plaintiffs, vs. OMEGA FLEX, INC.; THOMPSON SUPPLY COMPANY, INC.; A&B CONSTRUCTION, L.L.C., and ALLEN/DENNIS ELECTRIC, L.L.C., Defendants.*
     In the Circuit Court of Montgomery County, State of Alabama
     CASE NO. 03-CV-2014-901534.00
     Date of Deposition: December 3 and 9, 2015
     Purpose of Work: to determine the cause of a residential fire.
     IFAE File No. 10843.HIL.04

*KATHLEEN HUGHES, Plaintiff, vs. YUM! RESTAURANTS INTERNATIONAL, Defendant*
     Collin County, Texas, District Court, 219th Judicial District
     Cause No. 219-03301-2012
     Date of Deposition: May 18, 2015
     Purpose of Work: to determine the cause of an accident involving a food
     processor.
     IFAE File No. 11155.HUG.06

*LEXINGTON INSURANCE COMPANY, ASPEN SPECIALTY INSURANCE COMPANY, AND ALTERRA SPECIALTY INSURANCE COMPANY (FORMERLY KNOWN AS MAX SPECIALTY INSURANCE COMPANY), as subrogees of MAXIM PRODUCTION COMPANY, Plaintiffs, vs. LEVITON MANUFACTURING COMPANY, INC., SIMKAR LLC, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, AND OSRAM SYLVANIA, INC.. Defendants.*
Wharton County, Texas, District Court, 23re Judicial District
Cause No. 45,927
Date of Deposition: May 7, 2015
Purpose of Work: to evaluate the cause of a fire at an egg processing business and whether a boiler was involved in fire causation
IFAE File No. 10733.MPC.06


*JEREMY GOINES, individually and STATE FARM LLOYDS as subrogee of Brian Martinelli, Plaintiffs, vs. STAIN DALLAS CONTRACTING, INC., Defendants*
Dallas County, Texas, District Court, 14th Judicial District
Cause No. DC-13-12846
Date of Deposition: August 20, 2014
Purpose of Work: to evaluate the cause of a residential fire involving a floor buffer and solvents.
IFAE File No. 11022.GOI.06


*KEN TEEL, individually and as representative of the ESTATE OF BRENNEN CHASE TEEL; BECKY TEEL; ROSS RUSHING and MEG RUSHING, individually and as next friend of L.R., a minor; STATE FARM LLOYDS INSURANCE COMPANY, as subrogee of Ross Rushing and Meg Rushing; and SAFECO INSURANCE COMPANY, as subrogee of Ross Rushing and Meg Rushing, Plaintiffs, v. TITEFLEX CORPORATION, GASTITE DIVISION; SMITHS GROUP, PLC; FLEXIBLE TECHNOLOGIES, INC.; FLEX-TEK GROUP, an unincorporated division of SMITHS GROUP, PLC; JOHN DOE, a subsidiary of SMITHS GROUP, PLC; TURNER & WITT PLUMBING, INC.; MSC HOLDINGS, INC., f/d/a MORRISON SUPPLY COMPANY LUBBOCK, INC.; and JERROD GRIFFITH d/b/a TEXAS ELECTRIC COMPANY, Defendants, v. THERMO DYNAMIC INSULATION; STRONG CUSTOM BUILDERS, LLC; and LENNOX HEARTH PRODUCTS, LLC, Third-Party Defendants*
Lubbock County, Texas
Cause No. 2012-504105
Date of Deposition: April 21, 2014
Purpose of Work: to evaluate cause of a residential fire in Lubbock, Texas.
IFAE File No: 10342.RUS.04


*Ricardo Perez v. Trylon manufacturing Company Ltd. A/K/A TSF, Trylon TSF, Inc. A/K/A Trylon TSF and Hutton Communications, Inc. f/k/a/ E-Wireless*

Montague County (Texas)
Case No. 3:10-CV-1850-P
Date of Deposition March 26, 2012
Purpose of work: to evaluate issues which resulted in the collapse of a
communications tower.
IFAE File No: 10101.PER.06

**Attachment A4:**
**Curriculum Vitae and Appearances List**
**for Mark C. Hergenrether**



304 Acker Street, Suite #104 • Sanger, Texas 76266
www.integrityFAE.com

**Mark Hergenrether**
Professional Engineer
mark@IntegrityFAE.com

**LICENSURE:**
- Alabama Professional Engineer License #34180
- Arkansas Professional Engineer License #13520
- Louisiana Professional Engineer License #0034048
- Missouri Professional Engineer License #2011002277
- New Mexico Professional Engineer License #18190
- Oklahoma Professional Engineer License #23024
- Texas Professional Engineer License #99898

**CERTIFICATIONS:**
Certified Fire and Explosion Investigator, *CFEI*, March 2009

**EDUCATION:**
- BSME, *Oklahoma State University*, 2002
- MSME, *Oklahoma State University*, 2004
- Energy Dispersive Spectrography for SEM, *Ametek / EDAX*, April 2005
- Electron Microscopy, *Lehigh University*, June 2005
- Corrosion and Failure Analysis, *ASM International*, October 2007

**AFFILIATIONS:**
- MEMBER, American Society of Mechanical Engineers (ASME)
- MEMBER, American Society of Metals (ASM International)

**EXPERIENCE:**

**Integrity Forensics & Engineering,** Sanger, TX - 2010 - Present
*Professional Engineer*

**Goodson Engineering,** Denton, TX - 2004 - 2010
*Professional Engineer*

**Oklahoma State University,** Stillwater, OK, - Summer 2002- Summer 2004
*Web Handling Research Assistant*
  Computational/Experimental research on components of web handling systems
  Developed in-house finite element code to analyze deformation and strain of rubber covered rollers

**Sandia National Laboratories,** Albuquerque, NM- Summer 2003
*Student Intern*
  Investigative research on energy dissipation of structural interfaces
  Analytical/experimental experience in shock and vibration analysis

**Schlumberger Oil Field Services,** Longview, TX - Summer 2001
*Field Engineer Intern*
  Field experience in formation fracturing, well data-logging, & coil-tubing services
  Developed a variety of databases for job inventory and completion status

1



304 Acker Street, Suite #104 • Sanger, Texas 76266
www.integrityFAE.com

**Mark Hergenrether**
Professional Engineer
mark@IntegrityFAE.com

**PUBLICATIONS:**

- "Susceptibility of CSST to Damage from Roofing Fasteners"
  - *7th International Symposium on Fire Investigation Science & Technology*, September 2016
- "Lightning-Caused CSST Hole Formation with Concurrent Ignition of Escaping Fuel Gas: Validation of Field Observation by Laboratory Testing"
  - *6th International Symposium on Fire Investigation Science & Technology*, September 2014
- "Electronic Ballast Fires"
  - *Fire and Arson Investigator*, July 2011
- "Real Time Radiography"
  - *Fire and Arson Investigator*, January 2011
- "Rope Light Fires"
  - *Fire & Arson Investigator*, October 2008
- "Circuit Breaker Myths"
  - *Fire and Arson Investigator*, October 2007
- "AC Adapter Fire Causation"
  - *Fire & Arson Investigator*, October 2006
- "Investigating the Causal Link Between Lightning Strikes, CSST, and Fire"
  - *Fire and Arson Investigator*, October 2005
- "Models for Predicting Deformation and Strain in Rubber Covered Nip Rollers"
  - *Oklahoma State University*, Masters Thesis, Stillwater, OK 2004
- "Lightning and CSST Failures"
  - *Fire and Materials Conference*, San Francisco, CA, 2005
- "Investigations of Dampening in Structural Interfaces"
  - *Sandia National Laboratories*, Formal Report, Albuquerque, NM 2003

2

Benoit matter                  Claim # 23214942 L/R #002                  Page 43 of 45



304 Acker Street, Suite #104 • Sanger, Texas 76266
www.integrityFAE.com

## Mark C. Hergenrether
Professional Engineer
mark@integrityFAE.com

### APPEARANCES

| (D) | Allbaugh v. Zbranek | Texas/Travis County<br>Cause: 10-002006 | Defendant | (IFAE10549)<br>10-17-2013 |
|---|---|---|---|---|
| (D) | Emo, Todd, Bryan, Burns v. United Rentals, Heartland Midwest, Clayton | Oklahoma/Cleveland County<br>Cause: CJ-12-1093 | Plaintiff | (IFAE10525)<br>8-19-2014 |
| (D) | Steidley v. Omegaflex, and Collins Plumbing, LLC | Oklahoma/Rogers County<br>Cause: CJ-2013-592 | Plaintiff | (IFAE10632)<br>1-28-2015 |
| (D) | Chapman v. American Home Shield, Arkansas Oklahoma Gas, and Rice Heating and Air | Arkansas, Sebastian County<br>Cause: CV-13-1162 | Plaintiff | (IFAE10554)<br>2-13-2015 |
| (D) | Miller v. Johnstone Supply and Omegaflex | US/Eastern District of Arkansas<br>Cause: 14-3007 | Plaintiff | (IFAE10419)<br>3-12-2015 |
| (D) | Keys v. State Farm Lloyds | US/Western District of Texas<br>Cause: CV-00643 | Defendant | (IFAE10660)<br>7-17-2015 |
| (D) | Allen v. Overhead Door Lopez Masonry, Swift Custom Homes, and Brothers Framing | Texas/Tarrant County<br>Cause: 153-267639-13 | Plaintiff | (IFAE10445)<br>12-2-2015 |
| (T) | Allen v. Overhead Door Lopez Masonry, Swift Custom Homes, and Brothers Framing | Texas/Tarrant County<br>Cause: 153-267639-13 | Plaintiff | (IFAE10445)<br>4-6-2016 |
| (D) | Cannon v. Electrolux Home Products, Inc and Withrow Furniture | Texas/Freestone County<br>Cause: 14-122-A | Plaintiff | (IFAE10612)<br>5-2-2016 |

(D) – Denotes Deposition Testimony
(T) – Denotes Trial Testimony



**integrity**
Forensics & Engineering

304 Acker Street, Suite #104 • Sanger, Texas 76266
www.integrityFAE.com

| (D) | Encompass ASO Allen v. BCI Mechanical, Roof Masters, and Titeflex | Texas/Denton County Cause: 15-2532-393 | Plaintiff | (IFAE11128) 6-22-2016 |
|---|---|---|---|---|
| (D) | Phillips v. MGM Building Services and Garland Insulation | Texas/Dallas County Cause: 14-05832 | Plaintiff | (IFAE10495) 8-26-2016 |
| (D) | State Farm ASO Crockett v. Omegaflex | US/Eastern District of Arkansas Cause: 16-CV-387-SWW | Plaintiff | (IFAE11440) 4-25-2017 |
| (D) | D. Dollar v B. Black d/b/a Fan & Flame, and B. Powell | Oklahoma/Bryan County Cause:CJ-2016-00043 | Plaintiff | (IFAE11323) 5-18-2017 |

(D) – Denotes Deposition Testimony
(T) – Denotes Trial Testimony