**<u>EXHIBIT E</u>**



**United Services Automobile
Association a/s/o Benoit v.
Omega Flex et al.**

# United Services Automobile Association a/s/o Benoit v. Omega Flex et al.

Prepared for

Cullen W. Guilmartin
Gordon & Rees Scully Mansukhani
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033

Prepared by

Timothy L. Morse, Ph.D., CFEI
Exponent, Inc.
9 Strathmore Rd.
Natick, MA 01760

September 22, 2017

QAID: 1704352.000 - 0441

September 22, 2017

# Contents

|  | Page |
|---|---|
| **List of Figures** | **ii** |
| **Executive Summary** | **iv** |
| **Incident Background** | **1** |
| **Home construction and utilities** | **2** |
| **Lightning data** | **7** |
| **TracPipe Installation** | **9** |
| Applicable Codes at the Time of Installation | 10 |
| Industry Standards at the Time of Installation | 11 |
| **Origin of the fire** | **12** |
| **Evidence Examination** | **15** |
| CSST line to the living room fireplace | 15 |
| Chimney cap and spark arrestor | 19 |
| Electrical wiring from the living room | 21 |
| Electrical debris | 21 |
| **Cause of the Benoit residence fire** | **24** |
| Cause of the holes | 24 |
| First fuel ignited | 25 |
| Direct bonding of TracPipe | 25 |
| **Review of Plaintiff Expert Reports** | **27** |
| Integrity Report | 27 |
| Lightning attachment | 27 |
| Hole formation | 27 |
| Bonding | 27 |
| Report by Dr. Buc | 28 |
| **Limitations** | **29** |

# List of Figures

Page

Figure 1.   Photograph of the front of the Benoit residence. The front of the residence faces north.   2

Figure 2.   Photograph of the east side of the Benoit residence.   3

Figure 3.   Photograph of the south side of the Benoit residence.   3

Figure 4.   Photograph of the west side of the Benoit residence   4

Figure 5.   Aerial image of Benoit residence captured in March of 2014 (i.e., prior to the fire).   4

Figure 6.   Schematic of gas piping distribution system of the Benoit residence. Not to scale.   6

Figure 7.   Satellite view of the Benoit residence including the position of the lightning return strokes most likely to have affected the home. The 99% confidence ellipses of the two strokes are also shown.   8

Figure 8.   Aerial photograph of the Benoit residence. The living room fireplace and the garage area is noted.   12

Figure 9.   Photograph of the carport. The ends of consumed roof trusses are highlighted with black arrows.   13

Figure 10.  Photograph of the carport. The end of a horizontal component of the roof truss is highlighted with black arrows.   14

Figure 11.  Photograph of the Living Room of the Benoit residence   14

Figure 12.  Photograph of the termination of the living room fireplace CSST line at the fireplace. The CSST is connected to a black iron pipe elbow, pipe, and cap.   16

Figure 13.  Photograph of the key valve for the living room fireplace CSST line.   16

Figure 14.  Photograph of the two holes in the CSST   17

Figure 15.  Optical microscope image of the two holes caused by melting. The white boxed indicate locations where EDS measurements were taken.   17

Figure 16.  Scanning electron microscope image of the edge of one of the holes.   18

Figure 17.  Example EDS spectra for location 1 shown in Figure 15.   18

Figure 18.  Photograph of the decorative chimney cover.   19

Figure 19.  Photograph of molten and resolidifed metal on the top of the decorative
chimney cover.                                                                              20

Figure 20.  Photograph of the melted hole in the sheet metal at the top of the decorative
chimney cover.                                                                              20

Figure 21.  Example photograph of melted wires.                                             21

Figure 22.  Example photograph of wire fragments from the floor of the Benoit home.         22

Figure 23.  Photograph of components of a recessed light from the living room in the
Benoit home.                                                                                22

Figure 24.  Photograph of a recessed light from the living room in the Benoit home.         23

September 22, 2017

# Executive Summary

Exponent, Inc. (Exponent) was retained by Omega Flex, Inc. to investigate a fire that occurred at the Benoit residence, located at 10592 Creek Haven Drive, Denham Springs, LA on June 24, 2015. The residence was supplied with natural gas, which was distributed within the structure using black iron pipe and TracPipe brand corrugated stainless steel tubing (CSST). Lightning strike verification data indicates multiple lightning strikes in the vicinity of the Benoit residence on the day the fire was reported.

## Materials reviewed

Exponent reviewed the report provided by the Livingston Parish Fire District #4, the report provided by the Livingston Parish Fire District #5, and photographs taken by Smith & Associates during their inspection of the residence on July 20, 2015. Exponent also reviewed lightning data from the National Lightning Detection Network for the day of the fire and materials produced by the parties in this matter, including the following plaintiff's expert reports:

- Report of Dr. Elizabeth Buc, dated July 29, 2017

- Report of Mr. Kelly Colwell, Mr. Johnie Spruiell, and Mr. Mark Hergenrether, dated July 28, 2017

- Report of Mr. Christian Mulkey and Mr. Mervin Stringer, dated July 15, 2017

A full list of the material reviewed in this matter is provided in Appendix A.

## Inspections

Exponent and other parties performed a laboratory examination of the evidence retained from the Benoit residence at Goodson Engineering in Denton, TX, on July 14, 2017. Microscopic examination of the TracPipe CSST was performed using both an optical and a scanning electron microscope (SEM). Energy dispersive X-ray spectroscopy (EDS) and computed tomography (CT) X-ray imaging were also performed.

## Testing

Exponent performed testing on exemplar TracPipe. A detailed description of these tests and the test results are presented in Appendices C and D. The tests include:

1. TRACPIPE AND BRANCH CIRCUIT WIRING IN A FIRE ENVIRONMENT: Exponent performed testing in which TracPipe was placed in close proximity to energized branch circuit wiring (with several different configurations) and then subjected to a fire environment.

2. GAS JET IGNITION TESTS: In these tests, the jacket of TracPipe was removed and holes of various sizes were drilled into the tubing wall. The TracPipe was supplied with fuel gas at household line pressures and Exponent attempted to ignite the escaping gas to

identify the conditions under which the gas jet would and would not ignite. Tests were performed without the presence of any obstruction in the vicinity of the gas jet and with an obstruction placed at various distances from the hole in the TracPipe.

3. ARC IGNITION TESTING: Testing was also performed in which an arc was generated between a copper electrode and a section of TracPipe pressurized with fuel gas, with its yellow jacket present. This testing was performed to determine the conditions under which a hole in the tubing wall could be formed, and if a hole formed, whether the escaping gas was ignited.

## Findings and opinions

Based on my education, background, training, experience, testing, analysis, and my review of the relevant materials, I offer the following opinions to a reasonable degree of engineering and scientific certainty. My curriculum vitae, including a list of publications, are provided in Appendix E. If additional information becomes available, I reserve the right to modify or amend these findings:

1. TracPipe is a safe and effective product for distributing fuel gas throughout a residence when it is installed and maintained in accordance with the manufacturer's instructions as provided in the Omega Flex TracPipe Flexible Gas Piping Design Guide and Installation Instructions (D&I Guide).

   a. A TracPipe gas distribution system in a home is less prone to leaks than black iron pipe gas distribution systems. This is because black iron pipe typically requires more fittings and joints than TracPipe.

   b. TracPipe is more flexible than black iron pipe and therefore is less susceptible to damage than black iron pipe during acts of nature such as earthquakes, ground swell, sink holes, tornados, landslides, floods, and hurricanes that may cause structural damage to a residence. The flexibility of TracPipe also allows for movement of the piping without disturbing the joints during thermal expansion and contraction.

   c. Bare copper tubing and black iron pipe do not have an electrically insulating jacket. For this reason, they are more likely to be involved in arcing during lightning events than TracPipe for a given separation distance and piping geometry. Thus, copper tubing and black iron pipe are more likely to contribute to ignition of a fire during a lightning event than TracPipe.

2. Lightning energy can enter a home directly or indirectly, often through metallic roof penetrations, metal roofs, the household electrical system, or other utilities.

   a. Thousands of lighting fires occur each year; however, protection against lightning is not required by most building codes including the building code of record for Denham Springs, LA.

    b.   The energy from lightning may cause multiple independent fires throughout a home due to electrical arcing.

3.   Electrical arcs are high-temperature luminous electric discharges, which are capable of igniting combustible materials such as wood, paper, or dust. Electrical arcs of sufficient magnitude and duration can also cause a hole to form in TracPipe by localized melting of the stainless steel.

4.   Fuel gas leaking from a hole in a TracPipe line at household gas line pressures cannot be ignited by an ignition source located at the hole because the gas velocity is too high and the fuel concentration is too high at this location.

5.   The fire at the Benoit residence originated in the attic space of the structure, on the west side, in the vicinity of the carport.

6.   The cause of the fire at the Benoit residence was a lightning strike.  Lightning directly struck the chimney cap for the living room fire place, and may have attached to other locations on the roof. The lightning strike energized the electrical system of the Benoit residence and ignited materials within the area of origin. Materials that are readily ignited by electrical arcing include wood, wood fibers, saw dust, paper, dust, or other lightweight combustible materials.

7.   Two holes in close proximity were found in the TracPipe line to the living room fireplace. Both holes were formed from electrical arcing. The source of energy for the electrical activity was the household electrical system.

    a.   The lightning strike to the Benoit home did not deliver enough electrical charge to form holes of the size observed. Therefore, the holes were not caused by lightning

8.   Bonding of TracPipe, as prescribed by the Omega Flex D&I Guide, is necessary to significantly reduce the likelihood of arcing between TracPipe and another conductor such as a metal duct, water pipe, or branch circuit wiring in the event of lightning.

    a.   The requirements for bonding TracPipe to a grounding electrode are clearly described in the Omega Flex D&I Guide. If an installer is not sure of the requirements, the installer should contact the manufacturer for clarification prior to putting the gas system into service.

    b.   The Benoit residence TracPipe system was not directly bonded to the home grounding electrode, and thus was not installed in accordance with the D&I Guide, the local codes, or industry standards.

9.   The Benoit residence was not outfitted with an NFPA 780-compliant Lightning Protection System (LPS).

September 22, 2017

    a.   Installing a NFPA 780-compliant LPS is the recognized industry standard method to protect a structure or its components from damage, including fire, in the event of lightning, regardless of the presence or type of gas piping in a home.

    b.   Had the Benoit home utilized an NFPA 780-compliant LPS, this fire would likely not have occurred.

Note that this Executive Summary does not contain all of Exponent's technical evaluations, analyses, and conclusions. Hence, the main body of this report is at all times the controlling document. Exponent reserves the right to modify these opinions in the event new information is discovered.

# Incident Background

On June 24th, 2015, at 6:24 p.m., Livingston Parish Fire Protection District 5 was dispatched to a house fire at 10592 Creek Haven Drive, Denham Springs, LA[1] after neighbors observed lightning and thunder in the immediate area and called 911 after seeing smoke coming from the home.[2,3] At the time of the fire, no one was present in the house. The homeowner had left the home on the day of the fire at approximately noon.[4]

The initial responder from District 5 found smoke coming from the attic above the carport and garage.[5,6] Livingston Parish Fire Protection District 4 and the Denham Springs Fire Department were called to the scene when the firefighter in charge at the scene determined that additional assistance would be needed to extinguish the fire.[7] Fire broke through the roof, eventually fully involving the roof in the fire.[8] Firefighters were able to bring the fire under control at 7:29 p.m., and the last unit cleared the scene at 9:45 p.m. that evening.[9,10]

Assistant Chief James Robinson was present at the scene of the fire, spoke with neighbors and other responders, and walked through the inside of the house that evening after the fire had been controlled. He concluded that the fire had been caused by a direct lightning strike to the residence, igniting wooden structural components in the attic.[11,12] There were multiple lightning strikes in the vicinity of the Benoit residence on the day of the fire. Details of the lightning strike data are discussed below in the *Lightning Data* section of this report.

---

[1] Livingston Parish Fire Protection District 5, Incident #: 15-0001248

[2] Deposition of Mickey Sharp, dated March 8, 2017, p 66.

[3] Deposition of James Robinson, dated March 8, 2017, p 36.

[4] USAA Recorded Statement of Claude Benoit, June 26, 2015.

[5] Livingston Parish Fire Protection District 5, Incident #: 15-0001248, p 2.

[6] Deposition of Mickey Sharp, dated March 8, 2017, p 41.

[7] Deposition of James Robinson, dated March 8, 2017, p 22.

[8] Deposition of James Robinson, dated March 8, 2017, p 21,24.

[9] Livingston Parish Fire Protection District 5, Incident #: 15-0001248

[10] Deposition of James Robinson, dated March 8, 2017, p 21.

[11] Deposition of James Robinson, dated March 8, 2017, p 34, 38, 39, 42

[12] Livingston Parish Fire Protection District 5, Incident #: 15-0001248, p 3.

## Home construction and utilities

The Benoit residence is a one-story structure with a slab foundation constructed in 2007.[13] Figure 1 through Figure 4 show photographs of the front, left, back, and right sides of the Benoit residence, respectively.  Figure 5 is an aerial image of the Benoit residence captured in March of 2014 (i.e., prior to the fire).



Figure 1.   Photograph of the front of the Benoit residence. The front of the residence faces north.

---

[13] Building Permit, No. 78596, issued 08/01/2007



Figure 2.   Photograph of the east side of the Benoit residence.



Figure 3.   Photograph of the south side of the Benoit residence.



Figure 4.   Photograph of the west side of the Benoit residence



Figure 5.   Aerial image of Benoit residence captured in March of 2014 (i.e., prior to the fire).[14]

The electrical service entered the Benoit residence on the north end of the western exterior wall. The electrical meter was not in place at the time of the joint scene inspection on July 20, 2015. The residence contains two electrical panels. The main electrical panel is located on the exterior wall next to the electrical service entrance, while a subpanel is located in the laundry room. All of the circuit breakers in the main panel were in the "tripped" position. The circuit breakers for

[14] Google Earth Pro image

the range, disposal, living room, lighting, bedroom #2, bedroom #3, and bedroom #4 in the subpanel were in the "tripped" position at the time of the joint scene inspection. Two solid #6 conductors were affixed to a single ground rod below the main exterior electrical panel. One conductor connected directly to the main electrical panel on the exterior of the residence. The other conductor connected to the electrical subpanel in the laundry room.

The Benoit residence was supplied with natural gas from the north end of the eastern exterior wall. The residence contains two gas-fueled appliances: a fireplace in the living room (in the south east corner of the residence) and a gas stovetop. The fuel line to the fireplace was capped at the time of the scene inspection. The gas stovetop was grounded through an equipment ground conductor.[15]

The fuel gas distribution system consists of black iron pipe and ½ in. TracPipe CSST.[16] Figure 6 is a schematic of the fuel gas distribution system in the Benoit residence showing the approximate locations of the gas lines and the locations of the gas appliances. As shown, the fuel gas enters on the north side of the eastern exterior wall as black iron pipe. The black iron pipe runs vertically into the attic space, then horizontally to above one of the bedrooms. It then transitions to three runs of ½ in. TracPipe CSST. One run feeds the stovetop. The other two runs are capped; one inside the living room fireplace and one low on the exterior wall of the carport. No evidence of direct bonding was observed on the interior portion of the gas distribution system.[17]

Two holes in close proximity were found in the TracPipe line above the living room ceiling that fed the living room fireplace. The approximate location of the holes is shown in Figure 6. The holes in the TracPipe are described in more detail in the *Evidence Examination* section below.

---

[15] Notes and photographs for Smith and Associates scene inspection on July 20, 2015.

[16] Notes and photographs for Smith and Associates scene inspection on July 20, 2015.

[17] Notes and photographs for Smith and Associates scene inspection on July 20, 2015.

September 22, 2017



Figure 6.   Schematic of gas piping distribution system of the Benoit residence.[18] Not to scale.

---

[18] Notes and photographs for Smith and Associates scene inspection on July 20, 2015.

# Lightning data

Exponent reviewed the CoreLogic lightning strike verification report (STRIKEnet® Report) which records data collected by the National Lightning Detection Network (NLDN) for all lightning return strokes within 5.0 miles of the residence between 20:00 CDT on June 23, 2015 and 20:00 CDT on June 24, 2015. Detailed data including the millisecond time stamps associated with each of the return strokes was also obtained from Vaisala.

The STRIKEnet® report included a total of 695 cloud-to-ground lightning return strokes within 5.0 miles of the Benoit residence. Analysis of the data identified 2 return strokes that were the most likely to have impacted the residence. These return strokes are listed in Table 1

The two listed return strokes are the first stroke of a negative polarity lightning flash that occurred at 18:14:38.740 on June 24, 2015 and a first stroke of a negative polarity lightning flash that occurred at 18:21:52.688 on June 24, 2015. Table 1 shows the locations of the lightning return strokes that most likely affected the Benoit residence with the corresponding 99% confidence ellipse. The lightning return stroke with the greatest peak current of this set of return strokes is -40.1 kA and occurred at 18:14:38.740, approximately 10 minutes before the fire department was notified.

Table 1.   List of lightning return strokes more likely than not to have impacted the Benoit residence

| Date | Latitude [deg] | Longitude [deg] | Amplitude [kA] |
|---|---|---|---|
| 6/24/15 18:14:38.740 | 30.5146 | -90.9118 | -40.1 |
| 6/24/15 18:21:52.688 | 30.5146 | -90.9107 | -17.1 |

September 22, 2017



Figure 7.  Satellite view of the Benoit residence including the position of the lightning return strokes most likely to have affected the home. The 99% confidence ellipses of the two strokes are also shown.

# TracPipe Installation

TracPipe has specific installation requirements that are published by its manufacturer, Omega Flex. These requirements are outlined in the *Design and Installation Guide* (D&I Guide). The building, plumbing, and mechanical permits for construction of the Benoit residence was issued in August and September of 2007 by the Parish of Livingston Building and Permit Department.[19] Given this information, the following applicable codes, standards, and guides were in effect at the time of CSST install as they pertain to the Benoit residence construction (listed in hierarchical order with levels indicating path of adoption):

- Livingston Parish Code of Ordinances (Ordinance 01-17)
    - CABO One and Two Family Dwelling Code (1992 edition with 1993 amendments)[20]
        - NFPA 54 (1992)
        - ANSI LC-1/CSA 6.26 (1991)
            - TracPipe D&I Guide (March 2007)
        - NFPA 70A (1990)
- Louisiana State Uniform Construction Code (LSUCC)[21]
    - 2006 International Residential Code
        - ANSI LC-1/CSA 6.26 (1997 - incl. 1999 and 2001 addendum)
    - 2006 International Fuel Gas Code
    - NFPA 70 (2005)

In addition to the applicable codes listed above, the most recent industry standards at the time of installation included:

1. NFPA 54 (2006)
2. NFPA 70 (2005)

---

[19] Livingston Parish, Building & Permit Department, Building Permit; Project Number 7859, Initial Issuance 08/01/2007.

[20] L.P. Ordinance Number 01-17, adopted September 13, 2001. Effective Date: March 1, 2002. Replaced by L.P. Ordinance Number 07-87; adopted February 28, 2008.

[21] Act 2005, First Extraordinary Session Act No. 12. LR 33:291 (February 2007) dictates the version of the codes effective January 1, 2007.

## Applicable Codes at the Time of Installation

The Benoit residence is located in an unincorporated portion of Livingston Parish, Louisiana[22] and, therefore, the governing municipality for the address is Livingston Parish.  At the time of building permit issuance, Livingston Parish legislation dictated that the 1992 CABO 1 & 2 Family Dwelling Code (with 1993 amendments) (CABO) was adopted as the code of Livingston Parish for one and two family dwellings.[23]  Specifically, the CABO 1 & 2 Family Dwelling Code regulated the design, construction, quality of materials, erection, installation, alteration, repair, location, relocation, replacement, addition to, use or maintenance of one- and two-family dwellings and townhouses not more than three stories in height in the Parish of Livingston.[24]  In addition, the Louisiana State Uniform Construction Code was adopted statewide prior to permitting, however, at that time, Livingston Parish only adopted the Louisiana State Uniform Code for any and all commercial buildings in Livingston Parish, therefore, it did not apply to the Benoit residence.[25]  Therefore, the CABO code was the governing code construction of the Benoit residence.

The CABO code contains a section addressing Fuel-Gas Supply Systems, specifically, the installation of fuel-gas piping in or in connection with a building from the point of delivery is the outlet of the gas service meter.[26]  This code specifically addresses electrical bonding above-ground portion of a metallic gas piping system upstream from the appliance shutoff shall be electrically continuous and bonded to a grounding electrode.[27]  In addition, NFPA 70A, which is adopted and referenced by the CABO, states interior metal piping which may become energized shall be bonded to the service equipment enclosure, the grounded conductor at the service, or the grounding electrode conductor where of sufficient size, or to the one or more grounding electrodes used.[28]  Therefore, the CABO and its referenced standards requires above ground metal gas piping to be electrically continuous and bonded to a grounding electrode.

The CABO requires corrugated stainless steel tubing (CSST) to be in accordance with ANSI/AGA LC 1.[29]  The CABO adopts the 1991 edition of ANSI/AGA LC-1 *Interior Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing*[30]*,* which requires complete detailed instructions, including appropriate illustrations, necessary for proper installation and use of the piping system be provided by the manufacturer.[31]  Further ANSI/AGA LC-1 requires "[a]

---

[22] https://atlas.geoportalmaps.com/livingston

[23] L.P. Ordinance Number 01-17, effective March 1, 2002.  This ordinance adopts the building code adopted by the Housing and Urban Development (HUD) and Veterans' Administration (VA); 24 CFR 200.926b, adopts the 1992 CABO One and Two Family code (with 1993 amendments); effective November 15, 1993.

[24] L.P. Ordinance Number 01-17, adopted September 13, 2001.  Effective Date: March 1, 2002.

[25] L.P. Ordinance Number 03-32, adopted December 30, 2003.  Replaced by L.P. Ordinance Number 09-27, adopted November 23, 2009.

[26] 1992 CABO w/ 1993 amendments; §M-1701.

[27] 1992 CABO w/ 1993 amendments; §M-1707.9.

[28] 1992 CABO w/ 1993 amendments; Part IV refers to NFPA 70A.  NFPA 70A, §250-80 (b).

[29] 1992 CABO w/ 1993 amendments; Table No. M-1704.1.

[30] ANSI/AGA LC-1 (1991) is adopted in Section S-26.1704 of the 1992 CABO w/ 1993 amendments.

[31] ANSI/AGA LC-1 (1991), §1.8.

warning to the installer that the installation instructions must be followed exactly" to be included in the instructions.[32]  Therefore, the CABO as adopted by Livingston Parish requires that the installer of a CSST system, such as TracPipe, comply with the manufacturer's instructions.

The manufacturer's instructions at the time of piping manufacturer and likely at the time of installation were provided for TracPipe by Omega Flex as the *Flexible Gas Piping Design Guide and Installation Instructions* (D&I Guide), March 2007.  Warnings are listed in the "Introduction" chapter of the Omega Flex D&I Guide.  On this page, the document states "[t]he installation instructions and procedures contained in this Design Guide must be strictly followed in order to provide a safe and effective fuel gas piping system or system modification."[33]  Also, as per ANSI/AGA LC-1 requirements, the D&I Guide contains a warning that TracPipe, "must only be installed by a qualified person who has been trained or otherwise qualified through the *TracPipe* Gas Piping Installation Program."[34]

The "Electrical Bonding/Grounding*"* section of the installation guide states "[t]he *TracPipe* gas system shall be bonded in accordance with these instructions and the National Fuel Gas Code NFPA 54/ ANSI Z223."[35]  In addition the guide states, "[f]or bonding of the *TracPipe* system, a bonding clamp must be attached to the brass AutoFlare fitting adapter… or to a black pipe component (pipe or fitting) located in the same electrically continuous gas piping system as the AutoFlare fitting. The corrugated stainless steel portion of the gas piping system SHALL NOT be used as the bonding attachment point under any circumstances."[36]

## Industry Standards at the Time of Installation

In addition to the codes and standards adopted by the local jurisdiction, more recently updated codes and standards were available to the installer of gas piping system.  These standards are revised and approved by industry representatives during a regulated revision cycle to maintain the most up-to-date consensus of the industry at the time of this gas piping system installation. The 2006 edition of NFPA 54 specifies requirements for gas piping systems that extend from the point of delivery to the appliance connections and requires that all corrugated stainless steel tubing be listed in accordance with ANSI/CSA 6.26 (LC1), *Interior Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing*.[37]  In addition, the 2006 edition of NFPA 54 states "[i]n applying this code, reference shall also be made to the manufacturers' instructions and the serving gas supplier regulations."[38]  This statement indicates that the manufacturer's instructions shall be reviewed and followed by the installer.

---

[32] ANSI/AGA LC-1 (1991), §1.8.

[33] TracPipe Flexible Gas Tubing Design Guide and Installation Instructions, March 2007, p. 3.

[34] TracPipe Flexible Gas Tubing Design Guide and Installation Instructions, March 2007, p. 3.

[35] TracPipe Flexible Gas Piping Design Guide and Installation Instructions, March 2007, p. 68.

[36] TracPipe Flexible Gas Piping Design Guide and Installation Instructions, March 2007, p. 68.

[37] NFPA 54 (2006) §5.6.3.4.   The 2005 edition of the ANSI/CSA 6.26 (LC1) standard is referenced.

[38] NFPA 54 (2006) §1.1.2.

September 22, 2017

# Origin of the fire

The roof structure of the Benoit residence sustained substantial fire damage throughout. Roof trusses above the entire structure except the detached garage and in the vicinity of the living room fireplace were completely consumed. Above the carport and the living room, the ceiling joists were also completely consumed. An aerial photograph of the residence is shown in Figure 8.



Figure 8.    Aerial photograph of the Benoit residence. The living room fireplace and the garage area is noted.

Photographs of the carport are shown in Figure 9 and Figure 10. The roof trusses, roof decking, and shingles above the carport were completely consumed. The brick façade separating the carport from the interior of the house had collapsed. The fire damage decreased in severity in the direction of the living room, as indicated by the presence of horizontal components of the roof truss highlighted in Figure 10.



Figure 9.    Photograph of the carport. The ends of consumed roof trusses are highlighted with black arrows.

A photograph of the living room is shown in Figure 11. Portions of the attic trusses, roof decking, and roof shingles on the eastern and southern external walls of the room were not consumed. Two lines of CSST run above the living room in the attic space (Figure 11). One line runs to the capped connection in the carport. One line runs to the living room fireplace. A hole in the CSST that feeds the living room fireplace was found during the scene inspection. Details of the hole in the CSST are described in the *Evidence Examination* section below.

Mr. Mickey Sharp is a firefighter with Livingston Parish Fire Protection District 5. Mr. Sharp first observed fire break through the roof above the carport, toward the center of the structure.[39] Mr. Denver Ballard is a firefighter and was with the City of Denham Springs Fire Department on the day of the fire. Mr. Ballard stated that he saw fire first break through the roof above the carport, close to the west side of the structure.[40] Based on the locations of the fire damage described above, and the witness statements, the fire at the Benoit residence originated in the attic space of the structure, on the west side, in the vicinity of the carport.

---

[39] Deposition of Mickey Sharp, dated March 8, 2017, p 81-82.

[40] Deposition of Denver Ballard, dated August 11, 2017, p 30-31.



Figure 10. Photograph of the carport. The end of a horizontal component of the roof truss is highlighted with black arrows.



Figure 11. Photograph of the Living Room of the Benoit residence

September 22, 2017

# Evidence Examination

On July 14, 2017, Exponent participated in a joint examination of items removed from the Benoit residence, performed at Goodson Engineering in Denton, TX.  The following items were examined:

1. Chimney cap and spark arrestor
2. CSST line to the living room fireplace
3. Loose electrical components recovered from the floors
4. Electrical circuits from the living room

All of the items were examined and photographed.  The CSST was also examined using an optical microscope and a scanning electron microscope (SEM).  The SEM was also used to perform energy-dispersive spectroscopy (EDS).  A summary of the inspection findings are provided below.

## CSST line to the living room fireplace

The CSST line to the living room fireplace from the gas supply was ½ in. diameter nominal TracPipe and approximately 40.5 ft long. At the fireplace end, a brass flare fitting was used to connect the CSST to a black iron pipe elbow and a short section of black iron pipe that passed through a metal plate and terminated with a cap (Figure 12). A key valve was located approximately 2.5 feet from the black iron pipe elbow at the living fireplace and connected to the CSST line with brass flare fittings (Figure 13). The date code on the CSST was 0718, indicating that it was manufactured in the 18th week of 2007.  The date codes on the flare fittings of the CSST were 0726, indicating that they were manufactured in the 26th week of 2007. The yellow jacket was intact (i.e. had not burned away) on approximately 7 ft of CSST closest to the living room fireplace. The jacket on the remainder of the CSST, farther from the fireplace, had been consumed by fire.

Two holes with evidence of melting were located approximately 14 ft 11 in. from the black iron elbow, on adjacent corrugations, with one hole much larger than the other (Figure 14). The smaller hole had an area of approximately 1.2 square millimeters, while the larger hole had an area of approximately 20.4 square millimeters.[41] Optical microscopy and scanning electron microscopy (see Figure 15 and Figure 16) showed that there was molten and resolidified metal around the holes indicating that they were formed by electrical arcing. EDS measurements around the edge of both holes identified zinc in addition to the elements typically found in stainless steel (Figure 17).

---

[41] Both holes were irregular in shape, so the area was determined by tracing the perimeter of each hole.

September 22, 2017



Figure 12. Photograph of the termination of the living room fireplace CSST line at the fireplace. The CSST is connected to a black iron pipe elbow, pipe, and cap.



Figure 13. Photograph of the key valve for the living room fireplace CSST line.



Figure 14. Photograph of the two holes in the CSST



Figure 15. Optical microscope image of the two holes caused by melting. The white boxed indicate locations where EDS measurements were taken.



Figure 16.  Scanning electron microscope image of the edge of one of the holes.



Figure 17.  Example EDS spectra for location 1 shown in Figure 15.

## Chimney cap and spark arrestor

The flue pipe for the living room fireplace terminated with a chimney cap, a spark arrestor and a decorative chimney cover (Figure 18).  The top of the decorative cover was the highest point on the chimney. There were multiple locations on the top of the decorative cover that showed molten and resolidified metal (Figure 19), indicating that the cover was directly struck by lightning. In most of these damage locations, the lightning did not form a hole or perforation in the cover. However, in one location there was sufficient melting to form a small hole (Figure 20). The cover comprised 30 mil thick sheet metal, and the hole was approximately 5 mm long by 1 mm wide.



Figure 18.  Photograph of the decorative chimney cover.



Figure 19. Photograph of molten and resolidifed metal on the top of the decorative chimney cover.



Figure 20. Photograph of the melted hole in the sheet metal at the top of the decorative chimney cover.

## Electrical wiring from the living room

Multiple sets of electrical wiring from the living room were examined. Much of the wiring was undamaged, but there were multiple locations where the copper wires that had melted (Figure 21). In all cases the melting was not localized, but rather encompassed significant portions of the wiring. Thus the melting was likely due to the heat of the fire rather than to localized electrical activity.



Figure 21. Example photograph of melted wires.

## Electrical debris

There were multiple bags of loose electrical debris that were collected from the floor of the Benoit home. This included many pieces of partially melted copper wires (Figure 22). There were also remnants of recessed lights that had been located in the living room ceiling (Figure 23 and Figure 24).



Figure 22. Example photograph of wire fragments from the floor of the Benoit home.



Figure 23. Photograph of components of a recessed light from the living room in the Benoit home.



Figure 24.  Photograph of a recessed light from the living room in the Benoit home.

# Cause of the Benoit residence fire

The cause of the fire at the Benoit residence was a lightning strike. Lightning directly struck the chimney cap for the living room fireplace, and may have also attached directly to the roof of the home.

Lightning energy is well known to cause fires when it impacts residential structures. According to NFPA 921: Guide for Fire and Explosion Investigations (2014 edition), "Because the voltages and currents from lightning strikes are so high, arcs can jump at many places, cause mechanical damage, and ignite many kinds of combustibles."[42] A single lightning event is capable of igniting independent fires in multiple locations.

As described above, the maximum peak current of the two lightning return strokes most likely to have affected the Benoit home was 40.1 kA. This was the first return stroke of a negative flash. Using the median waveform for a first negative stroke of 5.5 x 75 μs[43], the 40.1 kA stroke was capable of depositing 4.1 C of charge at the attachment location of the lightning strike.

The hole in the decorative chimney cover was approximately rectangular with dimensions of 1 mm x 5 mm. The decorative chimney cover was made with 30 mil thick sheet metal. Based on the size of the hole, 4.3 C of charge were needed to the hole in 30 mil thick steel.[44] This confirms that the total amount of charge delivered by the lightning strike to the chimney cover was just over 4 C. Since lightning takes multiple paths to ground, only a fraction of the total charge deposited by the lightning strike would be involved in any individual arcing event.

## Cause of the holes

There were two melting holes in the CSST in the Benoit residence on adjacent corrugations. These holes were located above the living room ceiling in the CSST line to the living room fireplace. As heat from a typical residential fire is insufficient to melt stainless steel, these melting holes were formed by electrical arcing between the CSST and another metallic object. Since the holes were on adjacent corrugations, they were formed by the same electrical event.

The holes had a combined cross-sectional area of 21.6 square millimeters, which required an arcing event that delivered at least 7.4 C of charge to form.[45] The charge necessary to form the hole is significantly higher than the total charge delivered by the lightning strike to the chimney cover (approximately 4.3 C, as described above). Thus, the hole was not caused by lightning.

---

[42] NFPA 921 (2014) 9.9.4.2.2

[43] IEC Standard IEC62305-1 Protection Against Lightning (2006) Appendix A.

[44] Based on a calculation using the formula provided by McEachron & Hagenguth. Effect of Lightning on Thin Metal Surfaces. IEEE Transactions,Vol 61, August 1942.

[45] Based on a calculation using the formula provided by McEachron & Hagenguth. Effect of Lightning on Thin Metal Surfaces. IEEE Transactions,Vol 61, August 1942.

The other potential source of electrical energy able to form the holes is the household electrical system. Exponent has performed testing in our laboratory that demonstrates that household electrical conductors protected by ordinary circuit breakers can form holes of a range of sizes in TracPipe during arcing events (see Appendix C). Such holes can be formed when insulated and energized branch circuit wires and the jacketed TracPipe are exposed to a pre-existing fire which consumes the electrical insulation and TracPipe jacket. The appearance of such holes is similar to the appearance of the hole in the CSST in the Benoit home.

There was zinc found in the region around both holes, indicating that the opposing electrode for the arcing event that caused the holes contained zinc. There were recessed lights in the living room ceiling that would have been located in the vicinity of the holes in the CSST. These recessed lights included a galvanized steel support bracket, which contains zinc. Thus the arcing event most likely occurred between the recessed light support bracket and the CSST. Examination of the recessed light showed that it was connected to the electrical system of the house by two wires: an energized wire and a neutral wire, but not a ground wire. It is probable, therefore, that as the fire damaged the insulation around the energized wire, the energized wire then energized the ungrounded recessed light and the ungrounded support bracket. The energized support bracket then most likely arced to the CSST whose insulating jacket had also been compromised by the fire, forming the holes. Note that the CSST and the recessed light fixture both shifted during the fire as the ceiling structure was consumed. Thus, the CSST may not have been in contact with or in close proximity with the light fixture before the fire, and only came into contact with the light fixture during the fire.

## First fuel ignited

There were many fuels within the area of origin that could have been ignited by electrical arcing including: wood, wood fibers, saw dust (or other dust), or paper. The point of origin of this fire and the specific first fuel ignited could not be determined. There may have been multiple independent points of origin.

The hypothesis that natural gas was the first fuel ignited was considered, but was found to be inconsistent with the facts of the case after testing it against the available physical evidence and witness statements.  As described above, the hole in the CSST did not form until after the fire had spread to the attic space above the living room. Even if we assume that the lightning was able to have caused the perforation in the CSST despite the physical evidence to the contrary, Exponent's testing (see Appendix D) has demonstrated that fuel gas escaping from a hole in CSST is not ignited by the arcing event that formed the hole. As the concentration inside the TracPipe is 100% natural gas, an ignitable mixture of fuel gas only exists some distance away from the hole. Therefore, the first fuel ignited was not natural gas escaping from the hole in the CSST and the fire would have occurred regardless of the presence of CSST in the home. Eventually, the natural gas escaping from the hole may have been ignited by an ongoing fire.

## Direct bonding of TracPipe

The TracPipe in the Benoit home was not directly bonded to a grounding electrode. Therefore, it was not installed in accordance with the D&I guide and thus also not installed in accordance with the local codes in effect for the installation of the gas system.

September 22, 2017

While direct bonding does not always prevent the electrical involvement of CSST during a direct strike, bonding would have reduced the voltage difference that could be generated between the CSST and the light fixture and thus reduced the likelihood of an arc occurring. If an arc did occur, the amount of charge transferred by an arcing event would have been reduced by direct bonding, thus reducing the size of the hole. Bonding has been shown to be effective at preventing electrical arcing involving CSST in an indirect strike.[46,47]

A lightning strike to a home may cause a fire regardless of the gas system in a home. The proper way to protect a home from lighting, whether or not the home contains CSST, is with a lightning protection system, as described in NFPA 780: Standard for the Installation of Lightning Protection Systems.

---

[46]  Kraft and Kraft, B. & Torbin, R. "Effectiveness of Direct Bonding of Gas Piping in Mitigating Damage from an Indirect Lightning Flash." August 2007

[47]  Hammerschmidt, A. "Validation of Installation Methods for CSST Gas Piping to Mitigate Indirect Lightning Related Damage." Final Report. Gas Technology Institute. September 5, 2013.

# Review of Plaintiff Expert Reports

Exponent has reviewed the reports submitted by experts for the plaintiffs in this matter. Many of the conclusions presented in those reports are either incorrect or inconsistent with the available evidence. In the paragraphs below, we address opinions presented in the expert reports that are not addressed in the preceding sections.

## Integrity Report

The report by Integrity Forensics & Engineering (the Integrity Report) was co-authored by Mr. Colwell, Mr. Hergenrether, and Mr. Spruiell.

### Lightning attachment

The authors state that the "only location with evidence of [lightning] attachment was found to be on the chimney cap for the living room fireplace", and that "[n]o other evidence of attachment was observed."[48] However, due to the damage to the roof of the structure from the fire, evidence of lightning attachment to the roof would have been destroyed. The possibility that lightning also attached to the roof cannot be eliminated.

### Hole formation

The authors incorrectly claim that the melting holes in the CSST were caused by lightning.[49] They state that the holes in the CSST required 7 – 10 coulombs of charge to form,[50] which is in agreement with the 7.4 coulombs that Exponent calculated. However, the authors do not compare that value to the amount of charge delivered by the lightning strike, which is only about 4 coulombs based on both the peak current of the lightning strike and the amount of damage to the decorative chimney cover. Thus, their conclusion that the holes were formed by lightning energy is inconsistent with the physical evidence.

### Bonding

The authors described testing that they claim show that bonding does not prevent the formation of a hole in CSST.[51] The testing is fundamentally unrepresentative of the configuration of a typical house, let alone the Benoit home.

The testing equipment the authors used was only capable of generating voltages up to 17,000 V. Since the dielectric strength on the jacket of TracPipe is approximately 25,000 V, i.e. higher than the maximum voltage the authors were using, they would never observe arcing with unmodified TracPipe. Thus, the authors artificially modified the TracPipe by piercing the electrically insulating yellow jacket, defeating its insulating property. They also pierced the

---

[48] Integrity Forensics & Engineering Report. July 28, 2017, p 5

[49] Integrity Forensics & Engineering Report. July 28, 2017, p 2.

[50] Integrity Forensics & Engineering Report. July 28, 2017, p 8.

[51] Integrity Forensics & Engineering Report. July 28, 2017, pp 7-8.

insulating jacket on the branch circuit wiring and placed the branch circuit wiring in contact with the TracPipe. The dielectric strength of insulation on both the CSST and the branch circuit wiring is of specific importance in testing the effectiveness of bonding but was compromised prior to the tests.

In a real house, for an arc to form between TracPipe and a branch circuit wire voltages of 50,000 V or more would be needed to overcome the dielectric strength of the TracPipe jacket, the branch circuit wiring jacket, and any air gap. In the testing performed by Integrity, only hundreds of volts would be needed to form an arc (the exact value depends on exactly how close the metal of the TracPipe was to the metal of the branch circuit wiring). The authors thus artificially reduced the threshold for arcing by one to two orders of magnitude. This renders any results irrelevant to the Benoit home, or any actual home.

## Report by Dr. Buc

In her report, Dr. Buc states that the melting perforation in the CSST "can only occur from high temperature events including electrical faulting and lightning induced damage."[52] We agree with Dr. Buc on this point, and since lightning could not have caused the holes (as described previously), the holes must have been caused by electrical faulting with the household electrical system.

Dr. Buc never performs a comparison between the amount of charge necessary to form the hole and the amount of charge delivered by lightning. She also erroneously eliminates the possibility that the hole was caused by the household electrical system by noting that there was no copper in the melt region.[53]

Dr. Buc is incorrect that the absence of copper means that the opposing electrode could not be made of copper. Testing performed by Exponent has shown that copper is not always identified around a hole formed in CSST even when the opposing electrode is a copper wire. More importantly, Dr. Buc apparently did not consider the possibility that a non-copper object could have been energized by the household electrical system during the fire. In her report, Dr. Buc states that the CSST "most likely arced with the galvanized steel frame of a recessed light fixture." Exponent agrees with Dr. Buc that the opposing electrode for arcing event that formed the holes in the CSST was a recessed light, but as described above, the source of energy was the household electrical system, which energized the ungrounded support structure for the recessed light during the fire.

---

[52] Report by Dr. Buc. July 29, 2017, p 3.
[53] Report by Dr. Buc. July 29, 2017, p 3.

September 22, 2017

# Limitations

At the request of Omega Flex, Inc., Exponent conducted an investigation of the fire that occurred at the Benoit residence on June 24, 2015 for the purpose of an ongoing legal matter. The scope of services performed during this investigation may not adequately address the needs of other users of this report, and any re-use of this report or its findings, conclusions, or recommendations presented herein are at the sole risk of the user. The opinions and comments formulated during this assessment are based on observations and information available at the time of the investigation. No guarantee or warranty as to future life or performance of any reviewed condition is expressed or implied.

The findings presented herein are made to a reasonable degree of engineering certainty. Exponent has made every effort to accurately and completely investigate all areas of concern identified during this investigation. The data and opinions presented in this report are only those finalized at the time of its publication. If new data becomes available or there are perceived omissions or misstatements in this report regarding any aspect of those conditions, we ask that they be brought to our attention as soon as possible so that we have the opportunity to fully address them.

# Appendix A – Material Reviewed

1.  Dave Smith & Associates file materials, including notes and photographs from the scene inspection on July 20, 2015.
2.  STRIKEnet® Report Number 3428276.
3.  Vaisala Order #5530092122.
4.  NCEI Certified Local Climatological Data for Baton Rouge Ryan Airport, LA US 13970 Daily Summary for June 2015.
5.  United Services Automobile Association, as Subrogee of Claude Benoit Versus Omega Flex, Inc. Original Petition for Damages, filed June 13, 2016.
6.  Report and photos of Mr. Christian K. Mulkey and Mr. Mervin A. Stringer, dated July 15, 2017.
7.  Report of Mr. Kelly Colwell, Mr. Johnie P. Spruiell, and Mr. Mark Hergenrether, dated July 28, 2017.
8.  Report of Dr. Elizabeth C. Buc dated July 29, 2017.
9.  Deposition and exhibits of James Robinson, dated March 8, 2017.
10. Deposition and exhibits of Mickey Sharp, dated March 8, 2017.
11. Deposition and exhibits of Denver Ballard, dated August 11, 2017.
12. Recorded statement of Claude Benoit taken by USAA, dated June 26, 2015.
13. Inspection Notes, BENOIT 0836-0847.
14. Inspection Notes, BENOIT 0848-0855.
15. Neighbor Photo #1 and #2, BENOIT 0834-0835.
16. Benoit loss, neighbor video of strike.
17. 15-879 Notes, dated July 20, 2015.
18. Livingston Parish Fire Protection District No. 5, Incident # 15-0001248.
19. Livingston Parish Fire Protection District No. 4, Incident # 15-0002261.
20. Parish of Livingston, LA, Building Permit – Residential: New Home. Project Number 78596, dated August 1, 2007.
21. Parish of Livingston, LA, Plumbing Permit – Residential New Home. Project Number 78596, EMP Permit 43221, dated August 6, 2007.
22. Parish of Livingston, LA, Mechanical Permit. Project Number 78596, EMP Permit 503356, dated September 12, 2007.
23. Parish of Livingston, LA, Certificate of Occupancy – Residential: Existing House. Project Number 92682, dated February 20, 2009.
24. Parish of Livingston, LA, Certificate of Occupancy – Residential: Existing House. Project Number 139894, dated April 21, 2014.
25. Parish of Livingston, LA, Building Permit – Commercial: Demolition. Project Number 155648, dated October 29, 2015.
26. Parish of Livingston, LA, Building Permit – Residential: New Home. Project Number 159268, dated March 23, 2016.
27. Parish of Livingston, LA, Plumbing Permit – Residential New Home. Project Number 159268, EMP Permit 74331, dated June 23, 2016.
28. Parish of Livingston, LA, Plumbing Permit – Residential New Home. Project Number 159268, EMP Permit 74325, dated June 23, 2016.

29. Parish of Livingston, LA, Electrical Permit. Project Number 159268, EMP Permit 515717, dated June 14, 2016.
30. Parish of Livingston, LA, Mechanical Permit. Project Number 159268, EMP Permit 515445, dated April 19, 2016.
31. Parish of Livingston, LA, Electrical Permit. Project Number 159268, EMP Permit 515378, dated March 31, 2016.
32. Parish of Livingston, LA, Certificate of Occupancy – Residential: Existing Home. Project Number 172852, dated November 7, 2016.
33. Parish of Livingston, LA, Electrical Permit – Residential New Home. Project Number 78596, EMP Permit 44069, dated September 27, 2007.
34. Parish of Livingston, LA, Detailed inspection list for project 78596.
35. Parish of Livingston, LA, Detailed inspection list for project 159268.
36. TracPipe Flexible Gas Piping Design Guide and Installation Instruction, March 2007.
37. TracPipe Flexible Gas Piping Design Guide and Installation Instruction, December 2007.
38. NFPA 54 / ANSI Z223.1 (1992) *National Fuel Gas Code*
39. NFPA 54 / ANSI Z223.1 (2006) *National Fuel Gas Code*
40. NFPA 70 (2005) *National Electrical Code*
41. NFPA 70A (1990) *National Electrical Code for One- and Two-Family Dwellings*
42. ANSI/AGA LC 1-1991 *Interior Fuel Gas Piping Systems using Corrugated Stainless Steel Tubing.*
43. ANSI/IAS LC 1-1997 / CSA 6.26-M97 *Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST)*
44. ANSI/IAS LC 1-2005 / CSA 6.26-2005 *Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST)*
45. CABO One and Two Family Dwelling Code (1992).
46. CABO One and Two Family Dwelling Code (1993 and 1994 Amendments).
47. Code of Federal Regulations – Title 24 – Housing and Urban Development, April 1, 2012.
48. Livingston LA, Meeting Minutes dated March 28, 2002.
49. Livingston LA, Meeting Minutes dated February 28, 2008.
50. Livingston LA, Meeting Minutes dated September 13, 2001.
51. International Fuel Gas Code (2006)
52. International Residential Code for One- and Two-Family Dwellings (2006)
53. Livingston Parish Council, LA, Code of Ordinances. Accessed September 5, 2017.
54. Livingston Parish Council, LA, Ordinance No. 01-17.
55. Livingston Parish Council, LA, Ordinance No. 02-03.
56. Livingston Parish Council, LA, Ordinance No. 02-07.
57. Livingston Parish Council, LA, Ordinance No. 03-32.
58. Livingston Parish Council, LA, Ordinance No. 07-87.
59. Livingston Parish Council, LA, Ordinance No. 09-27.
60. Livingston Parish Council, LA, Ordinance No. 12-22.
61. Louisiana Administrative Code, Title 55, Public Safety, Part V. Fire Protection.
62. Louisiana Administrative Code, Title 55, Public Safety, Part VI. Uniform Construction Code.
63. Louisiana Revised Statute 40 § 1578.7.
64. Louisiana State Legislature Act No. 12, 2005.

65.    Louisiana State Legislature Act No. 458, 2006.

66.    Louisiana State Legislature Act No. 335, 2007.

67.    Taylor, R. H., et al. Electric Holes in Corrugated Stainless Steel Tubing, Fire Technology, June 2017.

68.    Blevins, R.D. Applied Fluid Dynamics Handbook. Krieger Publishing Company. 2003.

69.    Brick, R.O. A Method for Establishing Lightning Resistance / Skin-Thickness Requirements for Aircraft. Technical Report AFAL-TR-68-290, Part II. Lightning and Static Electricity Conference, 3-5 December 1968.

70.    Brook, M., Kitagawa, N., Workman, E.J. Quantitative Study of Strokes and Continuing Currents in Lightning Discharges to Ground, Journal of Geophysical Research, Vol. 67, No. 2. February 1962.

71.    Campos, L.Z.S., Saba, M.M.F., et al. Waveshapes of continuing currents and properties of M-components in natural positive cloud-to-ground lightning, Journal of Atmospheric Research, 91, 2009, p. 416-424.

72.    Campos, L.Z.S., Saba, M.M.F. Relation between continuing current duration and the characteristics of the dart leader that precedes it, X International Symposium on Lightning Protection, November 9-13, 2009.

73.    Chowduri et.al. Parameters of Lightning Strokes: A Review. IEEE Transactions on Power Delivery. Vol 20, No. 1. January 2005.

74.    Correia, L.P., et al., Presence of Continuing Current in Negative Flashes, International Conference on Ground and Earthering, Nov. 2008.

75.    Crouch, K. Minimum Ignition Levels of Aircraft Fuel Constituents to Lightning Related Ignition Sources. International Conference on Lightning and Static Electricity, Dayton USA, 1986, 48-1-48-17.

76.    Davis, S Chavez, D., Kytomaa, H. Hot Surface Ignition of Flammable and Combustible Liquids. SAE International. 2006-01-1014. 2006.

77.    Durham & Durham. "CSST Response to Lightning and Transients, A Technical Analysis". Fire and Arson Investigator. July 2009.

78.    Ellison, A., Morse, T., Kytömaa, H. "Lightning Related Structure Fires." International Symposium on Fire Investigation, October 2012.

79.    Ellison, A., Rosen, J. "Origin Determination in Fires Involving Fuel Gas." International Symposium on Fire Investigation Science & Technology. Baltimore, MD. October 2014.

80.    Evarts, B. Lightning Fires and Lightning Strike. National Fire Protection Association, Fire Analysis and Research Division. December 2010.

81.    Ferraz, E C., M.M.F. Saba et al., First Measurements of Continuing Current Intensity in Brazil, 10th International Symposium on Lightning Protection, 2009

82.    Ferro, M. A., et al., Continuing Current in Multiple Channel Cloud-to Ground Lightning, Atmospheric Research, Vol. 91, 2009, p. 399-403.

83.    Forstall, Walton. A Manual of Gas Distribution. The U.G.I. Contracting Company. 1920.

84.    Gamerota, W.R., et al., Current Waveforms for Lightning Simulation, IEEE Transactions on Electromagnetic Compatibility, Vol. 54, No. 4, August 2012.

85.    Hagenguth, J. H. Lightning Stroke Damage to Aircraft. AIEE Transactions. 1949, volume 68.

86.    Hall, A.L., Dargi, M.M. Lighting Technologies Inc. Dielectric Breakdown Voltage and Current Conduction Tests of Omega Flex Flexible Gas Piping. July 9, 2003.

87.    Hall, J., Home Electrical Fires, National Fire Protection Association: Fire Analysis and Research Division, 2013.

88.    Hammerschmidt, A. "Validation of Installation Methods for CSST Gas Piping to Mitigate Indirect Lightning Related Damage." Final Report. Gas Technology Institute. September 5, 2013. (Revised in October, 2015).

89.    Heidler, F., et al., Parameters of Lightning Current Given in IEC 62305 – Background , Experience and Outlook, 29th International Conference on Lightning Protection, June, 2008.

90.    Hole, Walter. The Distribution of Gas. Benn Brothers, Limited. Fourth Edition, 1921.

91.    IEC Standard IEC62305-1 Protection Against Lightning (2006).

92.    Kitagawa, N., Brook, M., Workman, E. J., 1962. Continuing currents in cloud-to-ground lightning discharges, Journal of Geophysical Research., 67, 637-647.

93.    Kraft, B. & Torbin, R. "Effectiveness of Direct Bonding of Gas Piping in Mitigating Damage from an Indirect Lightning Flash." August, 2007.

94.    Kutcha, J.M. Investigation of Fire Explosion Accidents in the Chemical, Mining, and Fuel Related Industries – A Manual. U.S. Bureau of Mines, Bulletin 680, 1985.

95.    Lapierre, J.L., et al. ,On the relationship between continuing current and positive leader growth, Journal of Geophysical Research, 10.1002, 2014, JD022080.

96.    Laurendeau, N.M. Thermal Ignition of Methane-Air Mixtures by Hot Surfaces: A Critical Examination. Combustion and Flame 46:29-49 (1982).

97.    McEachron, K.B., Hagenguth, J.H. Effect of Lightning on Thin Metal Surfaces. AIEE Transactions. Vol 61. August, 1942.

98.    Medeiros, C. and M.M.F. Saba, Presence of Continuing Current in Negative Cloud-to-Ground Flashes, 22nd International Lightning Detection Conference, 2012.

99.    Melo, R.G., et al. Deaths and Injuries Caused by Lightning in the State of Pará- Brazil over the period of 2001 to 2012. 2013 International Symposium on Lightning Protection, October 7-11, 2013.

100.   Morse, T., Ellison, A., Kytömaa, H. "Electrical Fault Damage to Corrugated Stainless Steel Tubing in a House Fire." International Symposium on Fire Investigation Science & Technology. Baltimore, MD. October 2014.

101.   Oosthuizen, P.H., Carscallen, W.E. Compressible Fluid Flow. The McGraw-Hill Companies, Inc. 1997.

102.   Pinto Jr., O., et al. Monthly Distribution of cloud-to-ground lightning flashes as observed by lightning location systems, Geophysical Research Letters, Vol. 33, 2006.

103.   Poelman, D.T., et al. Performance Characteristics of Distinct Lightning Detection Networks Covering Belgium, Journal of Atmospheric and Oceanic Technology, Vol. 30.

104.   138. Pope, S.B. Turbulent Flows. Cambridge University Press. 2000.

105.   Rakov, V. Lightning Parameters for Engineering Applications- an Update on CIGRE WG C4.407 Activities. 2011 International Symposium on Lightning Protection, October 3-7, 2011.

106.   Rakov, V & Uman, M. Lightning, Physics and Effects. Cambridge University Press. 2003.

107.   Rakov, V. A., Uman, M. A., 1990b. Long continuing current in negative lightning ground flashes, Journal of Geophysical Research., 95, 5455-5470

108.   Rakov, V. A., Uman, M. A., Review of lightning properties from electric field and TV observations, Journal of Geophysical Research., Vol. 99, 10,745-10,750. May 20, 1994.

109.   Rakov, V.A. Lightning parameters of engineering interest: Application of lightning detection technologies. Department of Electrical and Computer Engineering, University of Florida, Gainesville. November 7, 2012.

110.   Saba, M. M. F., et al., Negative cloud-to-ground lightning properties from high-speed video observations, Journal of Geophysical Research, Vol. 111, 2006.

111.   Saba, M.M.F., et al. Relation between lightning return stroke peak current and following continuing current, Geophysical Research Letters, Vol. 33, 2006. P. 1-4

112.   Saraiva, A. C. V., et al., A comparative study of negative cloud-to-ground lightning characteristics in Sao Paulo (Brazil) and Arizona (United States) based on high-speed video observations, Journal of Geophysical Research, Vol. 115, 2010.

113.   Saraiva, A. C. V., et al., Properties of Negative Cloud-to-Ground Lightning from High Speed Video Observations in Arizona, USA and Sao Paulo, Brazil, 20th International Lightning Detection Conference, Tucson, AZ, April 21-23, 2008.

114.   Sedriks, J. Corrosion of Stainless Steels, The Electrochemical Society, 1996.

115.   SEFTIM. Validation of Installation Methods for CSST Gas Piping to Mitigate Lightning Related Damage. Phase 1. Fire Protection Research Foundation. April 2011.

116.   Schumann, Carina and M.M.F. Saba, Continuing Current Intensity in Positive Ground Flashes. 2012 International Conference on Lightning Protection, 2012.

117.   Shindo, T. and M. A. Uman, Continuing Current in Negative Cloud-to-Ground Lightning, Journal of Geophysical Research, Vol. 94, pp 5189-5198, 1989.

118.   Shulz W., Saba, M.M.F. First results of correlated lightning video images and electric field measurements in Austria. X International Symposium on Lightning Protection, November 9-13, 2009.

119.   Smyth, K. C.; Bryner, N. P. Short Duration Autoignition Temperature Measurements for Hydrocarbon Fuels Near Heated Metal Surfaces. Combustion Science and Technology, Vol. 126, 225-253, 1997.

120.   Testing to Compare the Seismic Response of TracPipe Flexible Gas Piping (CSST) with black steel piping systems under Simulated Earthquake Induced Motions. Report addressed to Mr. Bill Rich, dated November 18, 1998.

121.   Uman, M. The Lightning Discharge. Dover Publications Inc., Mineola, New York. 2001.

122.   Zeik, T.P., Dargi, M.M. Lightning Technologies Inc. Test Report: High Current Arc Entry Testing on CSST Gas Tubing Samples Using LC1027 & LC1024 Methods. April 22, 2013.

# Appendix B – CSST Background

TracPipe is a brand of Corrugated Stainless Steel Tubing (CSST).  CSST is commonly used in residences to distribute fuel gas (either natural gas or propane) throughout the structure.  CSST is often used either in conjunction with or in place of traditional black iron pipe.  Black iron pipe, unlike CSST, must be installed in straight rigid lengths connected by multiple threaded fittings to change directions as the pipe is routed through walls, ceilings, and crawlspaces.

## Safety of CSST

Since CSST is flexible, its installation only requires fittings at junctions and at connections to appliances.  Thus the installation of CSST requires many fewer fittings than the installation of black iron pipe for a similar household configuration.  This makes a CSST system less expensive to install than a black iron pipe system, and less prone to leaks.  Gas leaks can occur at a fitting due to the fitting not being properly tightened, or to the fitting loosening over time, and are a common safety hazard in homes with gas service.  CSST reduces the risk of gas leaks (due to the reduced number of fittings) and thus is a safer alternative than black iron pipe.

From 1980 to 1989, leaks or breaks were a contributing factor to more than 6,000 home fires per year on average.[1] These leaks and breaks must have occurred in black iron piping and copper tubing, because CSST was not yet in use. From 2002 to 2014, after the commercialization of CSST, fires due to leaks and breaks in gas piping where lightning was not the heat source continued to be far more common  (35% of home fires involving natural or LP gas)[2], than fires caused by lightning igniting gas (only 7% of home fires involving natural or LP gas). During this period the average number of home fires started by lightning annually was about 4,400, the average number involving leaks and breaks in gas piping where lightning was not the heat source was about 1,000, and the average number involving the ignition of LP or natural gas by lightning was only about 200. From 2002 to 2014, the number of fires where LP or natural gas was reportedly ignited by lightning has shown no consistently increasing trend even though the amount of distributed CSST had increased 380% from the start of 2002 to the start of 2010.[3]

CSST also provides additional safety over black iron pipe in resisting damage from acts of nature, such as earthquakes, tornadoes, landslides, floods and hurricanes.  Any event that causes a shift in the house foundation and/or structure may cause relative movement of two ends of a gas line.  If that gas line is CSST, the inherent flexibility of CSST can accommodate

---

[1]    Data collected from Ahrens, Marty. "Home Structure Fires Involving Lightning and/or Natural Gas or LP-Gas," National Fire Protection Association, Report No. 2744, October 2016.

[2]    Data collected from Ahrens, Marty. "Home Structure Fires Involving Lightning and/or Natural Gas or LP-Gas," National Fire Protection Association, Report No. 2744, October 2016.

[3]    CSST distribution data from: SEFTIM, "Validation of Installation Methods for CSST Gas Piping to Mitigate Lightning Related Damage – Phase 1," Fire Protection Research Foundation, April 2011, pg. 53.

considerable movement without damage.  If however, the gas line is black iron pipe, the pipe may break due to the stresses induced by the movement of the structure.[4]

CSST products are listed by Underwriters' Laboratories (UL) and have been independently tested and found to be suitable for the distribution of fuel gas within a structure in accordance with ANSI LC-1/CSA 6.26 Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST).  In addition, CSST is required to be installed only by a qualified installer who has passed the manufacturer's certification/training program.[5]

# Lightning and CSST

Lightning can enter a residence through multiple routes.  Lightning may directly strike the side or roof of a residence.  Metallic roof sections and roof penetrations such as flue pipes are especially common lightning strike locations, as they often represent the highest and most conductive path to ground within a structure.  Lightning that directly strikes a utility, such as an overhead power line, may travel through the power lines into a residence.  Lightning that does not directly strike a residence or utility may also enter a residence indirectly, through the ground.  A lightning strike to a tree or directly to the ground can raise the electric potential of the ground nearby causing electrical energy to flow into a residence through the water pipes, a grounding rod, or through other utilities to the house.  Once electrical energy enters a home it will flow through any and all conductive paths, including electrical wiring, communications wiring (such as cable service), metal ducts and vents, water piping, and gas piping.

Electrical current flows preferentially through paths of lower impedance.  If two nearby conductors are not electrically connected (or are connected only through a high impedance path), a voltage (or electrical potential difference) can develop between the two conductors.  If the voltage is high enough, an electrical arc can form between the conductors.  The voltage threshold necessary to cause an arc depends on the distance between the conductors and the properties of the insulating material between them.  The plastic coating on traditional yellow-jacketed CSST is designed to be a good electrical insulator with high electrical breakdown resistance.  Air is a comparatively poorer insulator.  For this reason, non-insulated conductors such as bare copper tubing or black iron pipe are more likely to be associated with an electrical breakdown event during a lightning strike than traditional CSST.

An electrical arc is a rapid discharge of electrical energy that generates both light and heat while transferring electric charge.  An electrical arc is capable of melting copper wires, and igniting combustible materials such as wood, paper, or dust.  A sufficiently energetic arc involving CSST can cause localized melting of the stainless steel, sometimes forming a hole in the pipe.

If a residence is subject to a lightning strike, the lightning is capable of causing significant damage to the electrical, plumbing, ventilation systems, and appliances of the home, as well as to combustible materials found within the structure such as wood studs, joists and roof shingles,

---

[4]    *Testing to Compare the Seismic Response of TracPipe Flexible Gas Piping (CSST) with Black Steel Piping Systems Under Simulated Earthquake Induced Motions.* Report to Omega Flex 11/11/1998

[5]    ANSI LC-1/CGA 6.26-2005 Standard for Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST) Exhibit B: Items Unique to the United States, section B.1

often resulting in a fire. It is possible to significantly reduce the risk of damage to a home from lightning strikes using a Lightning Protection System[6], but the authorities that have jurisdiction over the safe construction of homes throughout the U.S. do not require the use of Lightning Protection Systems (LPS) in homes and therefore their installation is voluntary.

## Direct bonding of CSST

In order to significantly reduce the likelihood of perforation of traditional CSST due to lightning induced arcing, it is necessary to follow the manufacturer's instructions and bond the CSST directly to the household grounding electrode, following the principal of equipotential bonding. This requires the use of a large gauge wire between the CSST piping system and the electrical system ground.

During the electrical transients caused by lightning strikes, the voltage between CSST and other grounded conductors, such as electrical wires, will generally be higher when the electrical impedance between them is higher. A higher voltage increases the possibility of arcing. Therefore reducing the electrical impedance to ground and the electrical impedance between adjacent conductors (through direct bonding) reduces the likelihood of an arc occurring.

If an arc does occur, direct bonding also reduces the amount of charge transfer through the arc by providing an alternate low-impedance path for the flow of current. Since the amount of charge transferred dictates both whether or not a hole is formed[7] and the size of the hole if it does form[8], direct bonding can reduce the size of the hole or prevent a hole from occurring, even if an arc occurs.

Testing on the effectiveness of direct bonding by Kraft & Torbin[9] and simulations by the Gas Technology Institute[10] both showed that the presence of a bond wire prevents a hole from forming in CSST during a simulated lightning event. For a sufficiently short bond wire, the arcing was prevented altogether.

Equipotential bonding of CSST will not prevent all lightning induced fires in homes. It only reduces the likelihood of CSST (and other equipotentially bonded systems) from being involved in lightning induced arcing. Irrespective of the presence of CSST in the home, arcing caused by a lightning strike may ignite nearby combustibles such as wood dust, pollen, paper products, etc, starting a fire in the residence. The most effective way to prevent house fires caused by direct lightning strikes is to install an NFPA 780-compliant lightning protection system. This is true independent of the presence of CSST in the home.

---

[6]   NFPA 780: Standard for the Installation of Lightning Protection Systems provides recommendations on installing a lightning protection system.

[7]   Lightning Technologies Inc. "Dielectric breakdown voltage and current conduction tests of OmegaFlex flexible gas piping." July 9, 2003.

[8]   Hagenguth, J.H. "Lightning Stroke Damage to Aircraft." *AIEE Transactions*. Volume 68. 1949.

[9]   Kraft, B. & Torbin, R. "Effectiveness of Direct Bonding of Gas Piping in Mitigating Damage from an Indirect Lightning Flash." August 2007.

[10]  Hammerschmidt, A. "Validation of Installation Methods for CSST Gas Piping to Mitigate Indirect Lightning Related Damage." Final Report. Gas Technology Institute. September 5, 2013.

# Appendix C – Branch Circuit Wire Testing

The yellow jacket on TracPipe and the insulation on typical household branch circuit wiring prevent arcing at normal household voltages.  However, household voltage can cause arcing between TracPipe and electrical wiring in the presence of a fire after this insulation has been compromised.  Exponent has performed testing to demonstrate this mechanism, described below.

A 14 AWG branch circuit cable (type NM-B) was connected in series to a 15 amp rated circuit breaker which was supplied by a 120 VAC electrical outlet protected by a 20 amp breaker.  The live (or hot) conductor was separated from the neutral and ground conductors and placed near a length of TracPipe that was connected to a grounded water pipe using a stainless steel hose clamp.  The insulating jacket on both the TracPipe and the live conductor was kept intact.  A propane diffusion flame was then applied under the TracPipe and live conductor.  A photograph of a sample test is shown in Figure 1.

Once the insulation on the conductor and the TracPipe began to burn away, an electrical arc occurred between the conductor and the TracPipe, forming a hole in the TracPipe.  An optical microscope image of one example hole from such a test is shown in Figure 2.  This testing demonstrated that energized electrical wires can cause a hole in TracPipe in the presence of a pre-existing fire.



Figure 1.   Photograph of the testing of TracPipe in proximity with energized branch circuit wiring in the presence of a flame.



Figure 2.   Optical microscope image of hole formed in TracPipe by household electricity in a flame.

## Testing of non-grounded TracPipe with three conductors

Additional testing was performed in which the TracPipe was not grounded and all three wires (hot, neutral, and ground) were electrically connected and kept in place in close proximity to the TracPipe (see Figure 3). As in the testing described above, the branch circuit wiring was energized with typical 120 VAC and a diffusion flame was placed underneath the TracPipe and wiring.

Even with the neutral and ground wires running along the hot (energized) wire, the hot wire arced to the TracPipe rather than to the neutral or to the ground, resulting in the formation of holes in the TracPipe (see Figure 4 and Figure 5). The reason arcing occurred to the TracPipe is because the fire  consumed the outer portions of electrical insulation before it consumed the insulation between the individual conductors.  This is likely due to the protection of the insulation material between conductors from the flame by the conductors themselves.



Figure 3.    Photograph of testing with TracPipe and with all three conductors of branch circuit wiring.[1]



Figure 4.    Optical microscope image of an example hole formed in TracPipe by a a three-conductor branch circuit wire.

---

[1]    The outside plastic jacketing of the NM-cable in the image was cut  away to reduce the time it took for an arcing event to occur.  The paper liner, and individual conductor insulation remained intact, as did the relative positioning of the conductors.



Figure 5.   Optical microscope image of two example holes formed in  TracPipe by a a three-
conductor branch circuit wire.

## Testing of TracPipe with varying branch circuit resistances

Typical household circuit breakers operate by one of two mechanisms, a magnetic trip
mechanism or a thermal trip mechanism, depending on the current flowing through the breaker.
At high currents, the magnetic trip mechanism is triggered, and the circuit breaker opens quickly.
At lower currents, the magnetic trip mechanism does not operate and the circuit breaker opens
when the thermal mechanism is triggered.  The rate at which the thermal mechanism triggers
depends on the current, but can be on the order of 1 second or more. A chart depicting the time
of current flow before a typical breaker will trip versus the amount of current flowing is provided
in Figure 6.



Figure 6. Circuit breaker trip-time chart.[2]

---

[2] Square D.  Data Bulletin: Circuit Breaker Characteristic Trip Curves and Coordination. Bulletin No. 0600DB0105. August 2001.

The much longer tripping time for the thermal mechanism means that the total amount of charge transfer for arcing events in this mode can be considerably higher compared to the magnetic mechanism. For example, a 50 A (average) fault that lasts 1 second (thermal mechanism) will deliver 50 C of charge whereas a 200 A (average) fault that lasts 10 milliseconds (magnetic mechanism) will only deliver 2 C of charge. Since the size of holes created by electrical arcs to metal tubing increases with increased charge transfer,[3] arcing events that cause the circuit breaker to trip via the thermal mechanism can lead to much larger holes than higher current arcing events which trip the breaker much quicker (i.e. via the magnetic mechanism).

Exponent conducted some tests to demonstrate this effect. A schematic diagram of the test setup is shown in Figure 7. An insulated 14 AWG copper wire was connected through a resistor to a 15 Amp circuit breaker, which was connected to a wall outlet at 120 VAC. The resistance of the resistor could be varied to different levels between 1/8 Ω to 2 Ω. The wire was laid across a section of TracPipe with the yellow jacket intact. The TracPipe was connected to the neutral of the wall outlet. The circuit breaker was then energized and a propane diffusion flame was applied to the area where the insulated copper wire was in contact with the TracPipe. As the insulation on the wire and the jacket on the TracPipe burned away, an electrical arc occurred between the wire and the TracPipe, resulting in a hole or holes in the TracPipe.

This test procedure was repeated with the resistor set to different resistances. By selecting different values of the resistance, the current that flowed through the arc could be controlled such that the circuit breaker tripped with either the magnetic or thermal mechanism. As expected, the hole size varied when the resistance (and thus the total charge transfer) was altered. Larger holes were observed with resistance values that caused the circuit breaker to trip with the slower thermal mechanism. Examples of holes from this testing are shown in Figure 8 and Figure 9 and Figure 10. These holes are irregular in shape and cross one or more corrugations of the TracPipe, exhibiting peninsulas or fingers at the edge of the hole.

---

[3] McEachron & Hagenguth. Effect of Lightning on Thin Metal Surfaces. IEEE Transactions. Vol. 61, August 1942.



Figure 7. Schematic diagram of the experimental setup used for variable resistance arc testing.



Figure 8: Photograph of a hole (2 by 2 mm) in TracPipe created using a resistance of 0.15 Ω.



Figure 9: Photograph of a hole (10 by 6 mm) in TracPipe created using a resistance of 0.70 Ω.



Figure 10: Photograph of three holes (4 mm by 3 mm; 6 mm by 2 mm; 11 mm by 4 mm) in
TracPipe created using a resistance of 0.54 Ω.

## Hole Morphology

Testing with branch circuit wiring has also allowed Exponent to examine the morphological characteristics of such holes. Several examples are shown in Figure 11 through Figure 13 The character of the hole is similar to holes in TracPipe that were allegedly caused by an electrical arc due to lightning.  This similarity makes it impossible to identify the source of electrical energy that caused the hole (lightning or household electricity) from an examination of the hole alone.

Through this testing, Exponent also determined that evidence of the opposing electrode is not always transferred between the electrodes.  For example, some of the TracPipe samples inspected by SEM/EDS (which were known to have been caused by household electrical arcing from a copper branch circuit wire) did not show any evidence of copper transferred to the stainless steel.  As such, a hypothesized opposing electrode cannot be ruled out based solely upon the lack of elemental transfer from the opposing electrode to the area around the hole.



Figure 11. Image of a hole formed in TracPipe by household electricity in a flame.



Figure 12. Image of a hole formed in TracPipe by household electricity in a flame.



Figure 13. Image of a hole formed in TracPipe by household electricity in a flame.

The following testing materials are provided with this appendix:

- Exponent's TracPipe and Branch Circuit Fire Testing

# Appendix D – Ignition Testing

## Flame Ignition testing

Exponent performed testing to determine: (A) whether or not fuel gas leaking from a hole in a CSST gas line can be ignited at the hole and (B) to examine the character of the flame.  Video of this testing is provided with this appendix.  Testing was performed with both natural gas and propane.  A ½" section of TracPipe was connected to a natural gas supply at approximately 7 inches water column (and a propane gas supply at approximately 11 inches water column).  The insulation of the TracPipe was removed, and holes of varying size were pre-drilled in the TracPipe.  Exponent then attempted to ignite the escaping gas using a flame from a butane lighter placed right at the hole.  Regardless of the hole size, Exponent was unable ignite the gas at the hole.  If an ignition source was placed a few inches away from the hole, the gas could be ignited, but the flame would quickly blow off and extinguish when the butane lighter was removed.

The reason that fuel gas cannot be ignited at the hole is because the jet exit velocity is too high, and the fuel gas has not been premixed with air.  Thus a secondary ignition source, away from the hole where the gas velocity has decreased, and the gas has sufficiently mixed with air is required in order for ignition to occur.

Exponent has also performed similar tests where an aluminum plate was placed at various distances away from the hole.  Video of this test is also provided.  Ignition of the natural gas escaping from the hole was attempted with a butane lighter.  Even with the presence of an obstruction, the natural gas did not ignite with the ignition source at the hole.  This is because the presence of an obstruction inches from a hole will not affect the gas jet dynamics right at the hole.  There will still be a rapid jet of un-mixed fuel escaping from the hole that cannot be ignited.  The obstruction does allow a flame of fuel gas to be sustained, if the gas is first ignited inches away from the hole.

The following testing materials are included with this Appendix:
- Exponent's natural gas ignition and flame height testing videos dated August 19, 2011
- Exponent's propane ignition testing videos dated May 3, 2012
- Exponent's natural gas ignition tests with obstructions videos dated June 4, 2012

## Arc Ignition Testing

Exponent performed arc testing between an energized copper wire and an insulated section of TracPipe that was pressurized with natural gas.  The copper wire electrode was connected to two electrical sources: a high voltage source capable of supplying up to 25 kV[1] and a typical AC electrical outlet at either 120 VAC or 240 VAC.  A schematic of the test setup is shown below in Figure 1.

---

[1] The high voltage source was a Hipotronics model HD100 series hipot tester.



Figure 1.   Schematic diagram of the test setup used for arc ignition testing.

The insulating jacket of TracPipe has a dielectric strength of approximately 24 kV.[2] The high voltage equipment used was capable of generating an arc through the TracPipe jacket when the copper electrode was placed directly against the outside surface of the jacket, but to allow the copper electrode to be positioned farther away from the tubing wall while still creating an arc to the CSST, a pin prick was made through the TracPipe jacket at a ridge of the corrugated tubing. This provided a localized decrease in dielectric strength of the insulation.

The high voltage supply could only supply a relatively low current that was not capable of forming a hole in TracPipe.  To overcome the current limit, the copper electrode was connected in parallel to an electrical outlet after passing through an additional 15 Amp circuit breaker.[3] Utilizing this circuit design, a high voltage arc was initiated by the high voltage source that was then followed by the electrical current from the wall outlet as a result of the low resistance of the low current arc.  The resulting arc had a peak current of about 300 Amps and a duration of about 5 ms.  The peak current and duration varied from test to test.

The exemplar TracPipe was connected to a natural gas supply on one end and capped at the other after being purged of any air.  The setup was then checked for any gas leaks.  As the presence of confinement (in the form of floor joists or other obstructions) is known to have an effect on whether or not a flame can be sustained, an acrylic sheet with a 90 degree bend was placed over the TracPipe.  This acted as an obstruction for any resulting gas jet.  A small opening was drilled into the acrylic sheet to position the copper electrode.  Photographs of the test setup are shown below in Figure 2 and Figure 3.

---

[2]   This was measured by testing performed by LTI (Lightning Technologies Incorporated). Exponent confirmed this value through utilizing this test setup.

[3]   The laboratory electrical outlets are protected by a 20 Amp breaker. The 15 Amp circuit breaker was used to protect the laboratory branch circuit wiring and to avoid having to repeatedly reset the breaker at the panel.



Figure 2.  Photograph of the high voltage arc ignition test setup.



Figure 3.  Photograph of the setup used for the high voltage arc ignition testing.

Five tests were performed.  Each test resulted in the formation of a hole in the stainless steel ranging in diameter from 1 to 2 mm.  Notably, the hole in the insulation after the arc formed was found to always be significantly smaller than the hole that formed in the stainless steel behind it (see Figure 4).  The arcing event which caused the hole in the CSST was not able to ignite the gas escaping from the hole in any of the five tests.  After the testing, a flame from a butane lighter was brought into the resulting gas jet downstream from the hole to demonstrate that the gas could be ignited by a separate ignition source, such as an existing fire.  Video and photographs from this testing are included with this report.



Figure 4.    Photographs of the hole in the jacket (left) and the hole in the underlying stainless steel wall (right) after an arc test.  Note the ruler increments are in millimeters.


The following testing materials are included with this Appendix:

- Exponent's arc ignition testing videos and photos dated August 14, 2012

# Appendix E – Dr. Morse's Curriculum Vitae



# $Ex$ponent®
### Engineering & Scientific Consulting

## Timothy L. Morse, Ph.D., P.E., CFEI

Managing Engineer | Thermal Sciences
9 Strathmore Road | Natick, MA 01760
(508) 652-8525 tel | tmorse@exponent.com

## Professional Profile

Dr. Morse specializes in the engineering analysis and experimental testing of thermal and flow processes and equipment. His project experience has included turbines, compressors, valves, heat exchangers, boilers, furnaces, autoclaves, heat transfer systems, flammable liquids, cryogenic liquids, and medical devices. Dr. Morse has performed engineering analysis for the oil and gas industry, ranging from natural gas extraction facilities to retail motor fuel stations. He also has experience with offshore facilities. Dr. Morse has performed analysis on wind farms and investigated wind turbine failures and wind turbine fires. He has also applied his expertise to intellectual property matters involving mechanical engineering principles, including thermal or flow processes.

Dr. Morse also applies his expertise to the investigation and prevention of fires, explosions, and equipment failures. He has conducted fire origin and cause investigations involving electrical appliances, electrical systems, consumer products, boilers, furnaces, stoves and other combustion equipment. Dr. Morse has also investigated the origin and cause of fires in motor vehicles, including post-collision motor vehicle fires. Dr. Morse has experience in the testing and analysis of HVAC systems and components, including the analysis of the production and spread of carbon monoxide. He has significant experience with instrumentation and experimental measurement techniques in flow and thermal systems, including flow visualization and flow velocity measurement with laser diagnostic and acoustic diagnostic methods.

Dr. Morse has investigated flow-induced vibration issues over a wide range of applications including heat exchanger tube bundles, pipelines, and offshore structures. Prior to joining Exponent, Dr. Morse was a researcher in the Fluid Dynamics Research Laboratories at Cornell University where he conducted research on the wakes of stationary and oscillating structures in a flow and particularly on how flow-induced vibration due to vortex shedding causes fatigue and failure of structures.

## Academic Credentials & Professional Honors

Ph.D., Mechanical Engineering, Cornell University, 2009

M.S., Mechanical Engineering, Cornell University, 2007

B.E., Mechanical Engineering, Cooper Union, summa cum laude, 2003

National Science Foundation Fellowship, 2004-2008

National Defense Science and Engineering Graduate Fellowship, 2004-2007

Cornell University Graduate Fellowship, 2003

Tau Beta Pi Fellowship, 2003

New York Association of Consulting Engineers Scholarship, 2002

Tau Beta Pi Engineering Honor Society, 2002

Pi Tau Sigma Mechanical Engineering Honor Society, 2002

## Licenses and Certifications

Licensed Professional Mechanical Engineer, California, #35464

Licensed Professional Mechanical Engineer, Vermont, #018.0126189

Licensed Professional Mechanical Engineer, New Hampshire, #13976

Licensed Professional Engineer, Kansas, # PE24740

Licensed Professional Engineer, Massachusetts, #52419

Licensed Professional Engineer, Pennsylvania, #PE084735

Licensed Professional Engineer, Rhode Island, #PE.0011724

Certified Fire and Explosion Investigator (CFEI) in accordance with the National Association of Fire Investigators

Hazardous Waste Operation and Emergency Response Certification, 29 CFR 1910.120

## Professional Affiliations

American Society of Mechanical Engineers

National Fire Protection Association

National Association of Fire Investigators

American Wind Energy Association

- Wind Standards Committee Member

## Publications

Stern MC, O'Hern SC, Morse TL, Bishop J, Kytömaa HK. Fire risks due to unintentionally energized metal structures. Journal of Fire Sciences. 2017; 35(5):415-426.

Ponchaut NF, Morse TL, Bigham GN, Castro J. Degassing dissolved carbon dioxide. Drilling & Exploration World. January 2017; 26(3):77-84

Ponchaut NF, Morse TL, Bigham GN, Castro J. Degassing Africa's Lake Kivu for population safety and power generation. Scandinavian Oil-Gas Magazine No. 11/12 2016; 44:26-29.

Morse TL, Ponchaut NF, Bigham GN. Plume modeling in Lake Kivu, Rwanda for a gas extraction facility. Offshore Technology Conference. Houston, TX. June 2016 .

Morse TL, Kytömaa HK. The effect of turbulence on the rate of evaporation of LNG on water. Journal of Loss Prevention in the Process Industries 2011; 24:791-797.

Morse TL, Williamson CHK. Steady, unsteady, and transient vortex-induced vibration predicted using controlled motion data. Journal of Fluid Mechanics 2010; 649:429-451.

Morse TL, Williamson CHK. Prediction of vortex-induced vibration response by employing controlled motion. Journal of Fluid Mechanics 2009; 634:5-39.

Morse TL, Williamson CHK. Fluid forcing, wake modes, and transitions for a cylinder undergoing controlled oscillations. Journal of Fluids and Structures 2009; 25(4):697-712.

Morse TL, Williamson CHK. The effect of Reynolds number on the critical mass phenomenon in vortex-induced vibration. Physics of Fluids 2009; 21(4):045105.

Somandepalli V, Morse TL. PIV in combustion systems. Laser Diagnostics in Combustion. Lackner M(ed), Verlag ProcessEng Engineering GmbH, 2009.

Morse TL. Investigating phenomena in vortex-induced vibration of a cylinder using controlled vibration. Ph.D. Thesis, Cornell University, 2008.

Morse TL, Govardhan RN, Williamson CHK. The effect of end conditions on the vortex-induced vibration of cylinders. Journal of Fluids and Structures 2008; 24:1227-1239.

Morse TL, Williamson CHK. Understanding mode transitions in vortex-induced vibration using controlled motion. Proceedings, 9th International Conference on Flow-Induced Vibrations (FIV-2008), Prague, Czech Republic, 2008.

Kysar JW, Gan YX, Morse TL, Chen X, Jones ME. High strain gradient plasticity associated with wedge indentation into face-centered cubic single crystals: Geometrically-necessary dislocation densities. Journal of the Mechanics and Physics of Solids 2007; 55(7):1554-1573.

Morse TL, Williamson CHK. Understanding mode transitions in vortex-induced vibration using controlled vibration. Proceedings, 5th Conference on Bluff Body Wakes and Vortex-Induced Vibration (BBVIV-5), Costa do Sauipe, Brazil, 2007.

Morse TL, Williamson CHK. Employing controlled vibrations to predict fluid forces on a cylinder undergoing vortex-induced vibration. Journal of Fluids and Structures 2006; 22:877-884.

Gan YX, Kysar JW, Morse TL. Cylindrical void in a rigid-ideally plastic single crystal II: Experiments and simulations. International Journal of Plasticity 2006; 22(1):39-72.

Morse TL, Williamson CHK. Employing controlled vibrations to predict fluid forces on a freely vibrating cylinder. Proceedings, 4th Conference on Bluff Body Wakes and Vortex-Induced Vibration (BBVIV-4), Santorini, Greece, 2005.

**Presentations**

Kane Driscoll SB, Whittlesey R, Hauri J, Kulacki K, Schierz P, Morse T, Morrison A, Yozzo K, McArdle M, Edgington A, Edwards M, Aldea M. The Influence of mixing energy on the concentration and composition of oil in laboratory toxicity tests. Society of Environmental Toxicology and Chemistry. 7th SETAC World Congress. North America 37th Annual Meeting. Orlando, FL, November 2016

Stern MC, O'Hern SC, Morse TL, Bishop J, Kytömaa HK. Fire risks due to unintentionally energized metal

structures. Internal Symposium on Fire Investigation, Scottsdale, AZ, October 2016.

Morse TL, Ellison AD, Kytömaa HK. Electrical fault damage to corrugated stainless steel tubing in a house fire. International Symposium on Fire Investigation, University of Maryland, September 2014.

Morse TL, Whittlesey RW. Wind turbine fire origin investigation. International Symposium on Fire Investigation, University of Maryland, September 2014.

Marr KC, Verghese PM, Braff WA, Morse TL. Analysis of arc erosion on thermal switch contacts. International Symposium on Fire Investigation, University of Maryland, September 2014.

Morse TL, Ponchaut NF, Bigham GN. Gas extraction from Lake Kivu: The dynamics of the degassed water plume. World Environmental and Water Resources Congress. Portland, OR. June 2014.

Ellison AD, Morse TL, Kytömaa HK. Lightning related structure fires. International Symposium on Fire Investigation Science and Technology, University of Maryland, October 2012.

Morse TL, Ibarreta AF, Kytömaa HK. Explosions in transformer tanks due to arcing events. AIChE Spring Meeting, 8th Global Congress on Process Safety, Houston, TX, April 2012.

Morse TL, Kytömaa HK. Variations in the evaporation rate of a cryogenic liquid on a water surface. Mary Kay O'Connor Process Safety Center 2010 International Symposium. College Station, TX, October 2010.

Morse TL, Kytömaa HK. The effect of turbulence on the evaporation of cryogenic liquid spills on water. AIChE Spring Meeting, 10th Topical Conference on Natural Gas Utilization, San Antonio, TX, March 2010.

Morse TL, Williamson CHK. Understanding mode transitions in vortex-induced vibration using controlled motion. 9th International Conference on Flow-Induced Vibrations (FIV-2008), Prague, Czech Republic, 2008.

Morse TL, Williamson CHK. Understanding mode transitions in vortex-induced vibration using controlled vibration. 5th Conference on Bluff Body Wakes and Vortex-Induced Vibration (BBVIV-5), Costa do Sauipe, Brazil, 2007.

Morse TL, Williamson CHK. Employing controlled vibrations to predict fluid forces on a freely vibrating cylinder. 4th Conference on Bluff Body Wakes and Vortex-Induced Vibration (BBVIV-4), Santorini, Greece, 2005.

Morse TL, Williamson CHK. An investigation of wake mode transitions and amplitude jumps in vortex-induced vibration using controlled vibration. 60th Annual Meeting of the American Physical Society (APS) Division of Fluid Dynamics, Salt Lake City, UT, 2007.

Morse TL, Williamson CHK. Understanding mode transitions in vortex-induced vibrations of a circular cylinders using controlled vibration. 59th Annual Meeting of the American Physical Society (APS) Division of Fluid Dynamics, Tampa, FL, 2006.

Morse TL, Williamson CHK. Predicting the response of a cylinder undergoing vortex-induced vibration using controlled vibrations. 58th Annual Meeting of the American Physical Society (APS) Division of Fluid Dynamics, Chicago, IL, 2005.

Morse TL, Williamson CHK. Forces on a cylinder with periodic transverse motion in a free stream. 57th Annual Meeting of the American Physical Society (APS) Division of Fluid Dynamics, Seattle, WA, 2004.

## Peer Reviewer

Journal of Fluid Mechanics

Physics of Fluids

Journal of Fluids and Structures

Journal of Wind Engineering

International Journal of Heat and Fluid Flow

Journal of Loss Prevention in the Process Industries

Energy and Fuels

Nuclear Technology

Expert Testimony of
# Timothy L. Morse, Ph.D. P.E.
Delivered in the Preceding Five Years

| | | | |
|---|---|---|---|
| Unitrin Auto & Home Insurance Company as Subrogee of Shamsher Shamsher v. K. Hovnanian Homes of Maryland, LLC et al. | Deposition | The United States District Court for the District of Maryland Case No. 1:11-CV-0011-RDB | 2012 |
| General Trading Company, Inc. v. United Water New Jersey, Inc. | Deposition | Superior Court of New Jersey Law Division Bergen County Docket No. BER-L-3993-14 | 2015 |
| Southern California Edison Company; Edison Material Supply, LLC; San Diego Gas & Electric Company; and City of Riverside v. Mitsubishi Nuclear Energy Systems, Inc. and Mitsubishi Heavy Industries, Ltd. | Deposition Trial | International Chamber of Commerce International Court of Arbitration Case No. 19784/AGF/RD | 2016 |
| Marc Shapiro v. The L.S. Starrett Company | Hearing | American Arbitration Association Case No. 01-16-0001-7896 | 2016 |
| Joseph and Britain Paquette v. A+ Chimney Service | Deposition | United States District Court for the District of Vermont Case No. 5:15-cv-69 | 2017 |
| Carl P. Wilson, Judith L. Wilson, and CPW Enterprises, LLC v. Pepperidge Farm, Inc. and 375 Harvard Realty LLC | Trial | Commonwealth of Massachusetts Middlesex Superior Court Docket No. MICV2012-00515 | 2017 |
| AutoClub Group Insurance Company, Subrogee of Richard Girard v. Omega Flex, Inc. | Deposition | United States District Court for the Eastern District of Michigan Case No. 1:16-cv-12227-TLL-PTM | 2017 |

# Compensation
Exponent Inc. is compensated at $345.00 per hour for Dr. Morse's time.

Updated: May 2017